**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #899793**
when remitting payment.

June 22, 2007

For professional services rendered through
June 22, 2007 in connection with the following—

**Re:**  **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

---

FEES BILLED THIS INVOICE.......................................................  $ 33,432.50

COSTS BILLED THIS INVOICE...................................................  $ 1,506.64

TOTAL DUE ............................................................................  $ 34,939.14

**TOTAL DUE INCLUDING ACCOUNTS RECEIVABLE.........  $ 34,939.14**

**PLEASE MAKE CHECK PAYABLE AND
REMIT PAYMENT TO:
MILLER, CANFIELD, PADDOCK AND STONE**
P. O. Drawer 640348
Detroit, MI 48264-0348

June 22, 2007

**Invoice # 899793**

| Date | Attorney/Description | Hours |
|------|---------------------|-------|

**FEES DUE THIS MATTER** ................................................. **$ 33,432.50**

## MATTER TIMEKEEPER SUMMARY

| Attorney | | Hours | Rate | Value |
|----------|--|-------|------|-------|
| Mishkind, Charles S. | | 97.00 | 235.00 | 22,795.00 |
| Olson, Bruce D. | | 8.20 | 185.00 | 1,517.00 |
| Warren, Richard W. | | 49.30 | 185.00 | 9,120.50 |
| | Totals | 154.50 Hrs. | | $33,432.50 |

## COSTS

| | |
|--|--|
| Copying | 67.60 |
| Local travel - mileage | 12.61 |
| Local travel - parking | 24.00 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

June 22, 2007  **Invoice # 899793**

| | |
|---|---:|
| Meals | 46.03 |
| Other | |
| VENDOR: U.S.Dist.CourtClerk/NO ADDRESS; INVOICE#: 61807; DATE: 6/18/2007-admission to practice in the Federal Court | 160.00 |
| Out-of-town travel - airfare | 1,140.40 |
| Out-of-town travel - taxi | 56.00 |

**COSTS DUE THIS MATTER**............................................. **$ 1,506.64**

**TOTAL DUE THIS MATTER**........................................... **$ 34,939.14**

**TOTAL DUE FOR INVOICE #899793 INCLUDING PREVIOUS BALANCE**............................... **$ 34,939.14**

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #908724**
when remitting payment.

August 28, 2007

For professional services rendered through
August 27, 2007 in connection with the following—

**Re:**     **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

---

FEES BILLED THIS INVOICE......................................................... $ 19,487.00

COSTS BILLED THIS INVOICE...................................................... $ 1,032.80

TOTAL DUE ............................................................................... $ 20,519.80

**TOTAL DUE INCLUDING ACCOUNTS RECEIVABLE......... $ 20,519.80**

**PLEASE MAKE CHECK PAYABLE AND
REMIT PAYMENT TO:
MILLER, CANFIELD, PADDOCK AND STONE**
P. O. Drawer 640348
Detroit, MI 48264-0348

*Payment via credit card (Master Card, Visa or American Express) may also be made on our
secure website (www.millercanfield.com)

*Attorney-Client/Attorney Work Product Privileged*

August 28, 2007 **Invoice # 908724**

## MATTER TIMEKEEPER SUMMARY

| Attorney | | Hours | Rate | Value |
|---|---|---|---|---|
| Mishkind, Charles S. | | 48.60 | 235.00 | 11,421.00 |
| Olson, Bruce D. | | 22.90 | 185.00 | 4,236.50 |
| Schwartz, Brian M. | | 4.90 | 185.00 | 906.50 |
| Warren, Richard W. | | 15.80 | 185.00 | 2,923.00 |
| | Totals | 92.20 Hrs. | | $19,487.00 |

## COSTS

Copying 1,032.80

**COSTS DUE THIS MATTER**............................................... **$ 1,032.80**

**TOTAL DUE THIS MATTER**........................................... **$ 20,519.80**

**TOTAL DUE FOR INVOICE #908724**
**INCLUDING PREVIOUS BALANCE**............................... **$ 20,519.80**

**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.
*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #913592**
when remitting payment.

September 21, 2007

For professional services rendered through
August 31, 2007 in connection with the following—

**Re:** **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

---

FEES BILLED THIS INVOICE.........................................................  $ 3,402.50

COSTS BILLED THIS INVOICE...................................................  $ 0.00

TOTAL DUE ...............................................................................  $ 3,402.50

**TOTAL DUE INCLUDING ACCOUNTS RECEIVABLE.........  $ 23,922.30**

**PLEASE MAKE CHECK PAYABLE AND
REMIT PAYMENT TO:
MILLER, CANFIELD, PADDOCK AND STONE**
P. O. Drawer 640348
Detroit, MI 48264-0348

*Payment via credit card (Master Card, Visa or American Express) may also be made on our secure website (www.millercanfield.com)

September 21, 2007

| Date | Attorney/Description | Hours |
|------|---------------------|-------|

**FEES DUE THIS MATTER** ............................................... **$ 3,402.50**

## MATTER TIMEKEEPER SUMMARY

| Attorney | | Hours | Rate | Value |
|----------|--|-------|------|-------|
| Mishkind, Charles S. | | 7.00 | 235.00 | 1,645.00 |
| Olson, Bruce D. | | 3.20 | 185.00 | 592.00 |
| Warren, Richard W. | | 6.30 | 185.00 | 1,165.50 |
| | Totals | 16.50 Hrs. | | $3,402.50 |

**COSTS DUE THIS MATTER** ........................................... **$ 0.00**

**TOTAL DUE THIS MATTER** ........................................... **$ 3,402.50**

### Unpaid as of September 21, 2007

| Date | Invoice # | Balance |
|------|-----------|---------|
| 08/28/07 | 908724 | $ 20,519.80 |

**TOTAL UNPAID FOR THIS MATTER** .......................... **$ 20,519.80**

**TOTAL NOW DUE THIS MATTER**................................. $ 23,922.30

**TOTAL DUE FOR INVOICE #913592**
**INCLUDING PREVIOUS BALANCE** ............................. $ 23,922.30

**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #922569**
when remitting payment.

October 31, 2007

For professional services rendered through
October 31, 2007 in connection with the following—

**Re:** **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

---

FEES BILLED THIS INVOICE........................................................ $ 6,579.00

COSTS BILLED THIS INVOICE................................................... $ 410.40

TOTAL DUE ................................................................................. $ 6,989.40

**TOTAL DUE INCLUDING ACCOUNTS RECEIVABLE.........** **$ 6,989.40**

**PLEASE MAKE CHECK PAYABLE AND
REMIT PAYMENT TO:
MILLER, CANFIELD, PADDOCK AND STONE**
P. O. Drawer 640348
Detroit, MI 48264-0348

*Payment via credit card (Master Card, Visa or American Express) may also be made on our
secure website (www.millercanfield.com)

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

October 31, 2007                                          **Invoice # 922569**

## MATTER TIMEKEEPER SUMMARY

| Attorney | | Hours | Rate | Value |
|---|---|---|---|---|
| Mishkind, Charles S. | | 11.70 | 235.00 | 2,749.50 |
| Olson, Bruce D. | | 7.00 | 185.00 | 1,295.00 |
| Schwartz, Brian M. | | 3.60 | 185.00 | 666.00 |
| Warren, Richard W. | | 10.10 | 185.00 | 1,868.50 |
| | Totals | 32.40 Hrs. | | $6,579.00 |

## COSTS

Copying                                                            410.40

**COSTS DUE THIS MATTER**.............................................  **$ 410.40**


**TOTAL DUE THIS MATTER**...........................................  **$ 6,989.40**


**TOTAL DUE FOR INVOICE #922569
INCLUDING PREVIOUS BALANCE**...............................  **$ 6,989.40**

**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #927621**
when remitting payment.

December 4, 2007

For professional services rendered through
November 30, 2007 in connection with the following—

Re:     **The Local 965 v. Alliant Energy et al Litigation**
        Client/Matter #133867/00001

---

FEES BILLED THIS INVOICE.........................................................     $ 1,659.00

COSTS BILLED THIS INVOICE......................................................     $ 218.40

TOTAL DUE .................................................................................     $ 1,877.40

**TOTAL DUE INCLUDING ACCOUNTS RECEIVABLE.........     $ 8,866.80**

**PLEASE MAKE CHECK PAYABLE AND
REMIT PAYMENT TO:
MILLER, CANFIELD, PADDOCK AND STONE**
P. O. Drawer 640348
Detroit, MI 48264-0348

*Payment via credit card (Master Card, Visa or American Express) may also be made on our
secure website (www.millercanfield.com)

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

December 4, 2007

**Invoice # 927621**

| Date | Attorney/Description | Hours |
|------|---------------------|-------|

**FEES DUE THIS MATTER**................................................. **$ 1,659.00**

## MATTER TIMEKEEPER SUMMARY

| Attorney | | Hours | Rate | Value |
|----------|---|-------|------|-------|
| Mishkind, Charles S. | | 5.80 | 235.00 | 1,363.00 |
| Warren, Richard W. | | 1.60 | 185.00 | 296.00 |
| | Totals | 7.40 Hrs. | | $1,659.00 |

## COSTS

Copying                                                       218.40

**COSTS DUE THIS MATTER**............................................. **$ 218.40**

**TOTAL DUE THIS MATTER**............................................ **$ 1,877.40**

### Unpaid as of December 4, 2007

| Date | Invoice # | Balance |
|------|-----------|---------|
| 10/31/07 | 922569 | $ 6,989.40 |

*Attorney-Client/Attorney Work Product Privileged*

December 4, 2007                                                     **Invoice # 927621**

**TOTAL UNPAID FOR THIS MATTER** ...........................   **$ 6,989.40**

**TOTAL NOW DUE THIS MATTER**.................................   **$ 8,866.80**

**TOTAL DUE FOR INVOICE #927621**
**INCLUDING PREVIOUS BALANCE**..............................   **$ 8,866.80**

**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.
*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #933006**
when remitting payment.

December 31, 2007

For professional services rendered through
December 31, 2007 in connection with the following—

**Re:** **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

---

| | |
|---|---|
| FEES BILLED THIS INVOICE................................................. | $ 7,724.70 |
| COSTS BILLED THIS INVOICE.............................................. | $ 339.90 |
| LESS CREDIT APPLIED ...................................................... | $ 3,402.50 |
| **TOTAL DUE** .................................................................. | **$ 4,662.10** |

**PAYMENT OPTIONS:**

| | |
|---|---|
| **CHECK** | Payable To: Miller, Canfield, Paddock and Stone<br>P. O. Drawer 640348 Detroit, MI 48264-0348 |
| **WIRE TRANSFER** | Comerica Bank  ABA#:<br>Swift Code:          (for international wires only)<br>Account #: |
| **CREDIT CARD** | Master Card, Visa, American Express<br>accepted on our secure website www.millercanfield.com |

December 31, 2007                                **Invoice # 933006**

## MATTER TIMEKEEPER SUMMARY

| Attorney | | Hours | Rate | Value |
|---|---|---|---|---|
| Mishkind, Charles S. | | 7.90 | 235.00 | 1,856.50 |
| Warren, Richard W. | | 31.72 | 185.00 | 5,868.20 |
| | Totals | 39.62 Hrs. | | $7,724.70 |

## COSTS

Copying                                                                     219.40

Postage                                                                     120.50

**COSTS DUE THIS MATTER**..............................................  **$ 339.90**


LESS CREDIT APPLIED ......................................................  - $ 3,402.50

**TOTAL DUE FOR INVOICE #933006** ............................  **$ 4,662.10**

- 4 -

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #933264**
when remitting payment.

January 22, 2008

For professional services rendered through
December 31, 2007 in connection with the following—

**Re:**    **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

---

| | |
|---|---:|
| FEES BILLED THIS INVOICE........................................................ | $ 13,698.00 |
| COSTS BILLED THIS INVOICE.................................................... | $ 219.40 |
| LESS CREDIT APPLIED ............................................................. | $ 3,402.50 |
| TOTAL DUE ............................................................................... | $ 10,514.90 |

**TOTAL DUE INCLUDING ACCOUNTS RECEIVABLE.........**    **$ 10,514.90**

### PAYMENT OPTIONS:

**CHECK**    Payable To: Miller, Canfield, Paddock and Stone
P. O. Drawer 640348 Detroit, MI 48264-0348

**WIRE TRANSFER**    Comerica Bank   ABA#:
Swift Code:         (for international wires only)
Account #:

**CREDIT CARD**    Master Card, Visa, American Express
accepted on our secure website www.millercanfield.com

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

January 22, 2008

| Date | Attorney/Description | Hours |
|------|---------------------|-------|

**FEES DUE THIS MATTER** ................................................. **$ 13,698.00**

## MATTER TIMEKEEPER SUMMARY

| Attorney | | Hours | Rate | Value |
|----------|--|-------|------|-------|
| Kahn, Steven C. | | 31.80 | 185.00 | 5,883.00 |
| Mishkind, Charles S. | | 8.30 | 235.00 | 1,950.50 |
| Warren, Richard W. | | 31.70 | 185.00 | 5,864.50 |
| | Totals | 71.80 Hrs. | | $13,698.00 |

## COSTS

Copying                                                                                   219.40

**COSTS DUE THIS MATTER** ............................................ **$ 219.40**

**TOTAL DUE THIS MATTER** ............................................ **$ 13,917.40**

## MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

January 22, 2008                                    **Invoice # 933264**

LESS CREDIT APPLIED ......................................................- $   3,402.50

**TOTAL DUE FOR INVOICE #933264
INCLUDING PREVIOUS BALANCE** ..............................   **$ 10,514.90**

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #939781**
when remitting payment.

February 14, 2008

For professional services rendered through
January 31, 2008 in connection with the following—

**Re:**   **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

FEES BILLED THIS INVOICE..........................................................  $ 24,055.00

COSTS BILLED THIS INVOICE....................................................  $ 507.00

TOTAL DUE ...............................................................................  $ 24,562.00

**TOTAL DUE INCLUDING ACCOUNTS RECEIVABLE.........  $ 24,562.00**

**PAYMENT OPTIONS:**

**CHECK**  Payable To:  Miller, Canfield, Paddock and Stone
P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**  Comerica Bank  ABA#:
Swift Code:           (for international wires only)
Account #:

**CREDIT CARD**  Master Card, Visa, American Express
accepted on our secure website www.millercanfield.com

Attorney-Client/Attorney Work Product Privileged

# MILLER, CANFIELD, PADDOCK AND STONE

February 14, 2008

**Invoice # 939781**

| Date | Attorney/Description | Hours |
|------|----------------------|-------|

**FEES DUE THIS MATTER**............................................... **$ 24,055.00**

## MATTER TIMEKEEPER SUMMARY

| Attorney | | Hours | Rate | Value |
|----------|--------|-------|--------|-----------|
| Kahn, Steven C. | | 26.20 | 235.00 | 6,157.00 |
| Mishkind, Charles S. | | 33.10 | 235.00 | 7,778.50 |
| Warren, Richard W. | | 54.70 | 185.00 | 10,119.50 |
| | Totals | 114.00 Hrs. | | $24,055.00 |

## COSTS

| | |
|---|---|
| Copying | 470.40 |
| Postage | 36.60 |

**COSTS DUE THIS MATTER**............................................. **$ 507.00**

**TOTAL DUE THIS MATTER**............................................ **$ 24,562.00**

**TOTAL DUE FOR INVOICE #939781
INCLUDING PREVIOUS BALANCE**............................... **$ 24,562.00**

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #942110**
when remitting payment.

March 13, 2008

For professional services rendered through
February 29, 2008 in connection with the following—

**Re:**   **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

---

FEES BILLED THIS INVOICE........................................................ $ 5,389.50

COSTS BILLED THIS INVOICE.................................................... $ 45.60

LESS CREDIT APPLIED ............................................................. $ 3,800.60

**TOTAL DUE** ............................................................................. **$ 1,634.50**

**PAYMENT OPTIONS:**

| | |
|---|---|
| **CHECK** | Payable To:  Miller, Canfield, Paddock and Stone<br>P. O. Drawer 640348  Detroit, MI 48264-0348 |
| **WIRE TRANSFER** | Comerica Bank   ABA#:<br>Swift Code:                     (for international wires only)<br>Account #: |
| **CREDIT CARD** | Master Card, Visa, American Express<br>accepted on our secure website www.millercanfield.com |

**MILLER, CANFIELD, PADDOCK AND STONE**

*Attorney-Client/Attorney Work Product Privileged*

March 13, 2008

| Date | Attorney/Description | Hours |
|------|---------------------|-------|

**FEES DUE THIS MATTER** ................................................ **$ 5,389.50**

## MATTER TIMEKEEPER SUMMARY

| Attorney | | Hours | Rate | Value |
|----------|--------|-------|--------|--------|
| Mishkind, Charles S. | | 20.10 | 235.00 | 4,723.50 |
| Warren, Richard W. | | 3.60 | 185.00 | 666.00 |
| | Totals | 23.70 Hrs. | | $5,389.50 |

## COSTS

Copying                                                                          45.60

**COSTS DUE THIS MATTER** ............................................ **$ 45.60**

LESS CREDIT APPLIED ..................................................... - $ 3,800.60

**TOTAL DUE FOR INVOICE #942110** ............................. **$ 1,634.50**

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #946529**
when remitting payment.

April 9, 2008

For professional services rendered through
March 31, 2008 in connection with the following—

**Re:** **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

---

FEES BILLED THIS INVOICE......................................................... $ 30,023.50

COSTS BILLED THIS INVOICE..................................................... $ 14.40

TOTAL DUE ............................................................................... $ 30,037.90

**TOTAL DUE INCLUDING ACCOUNTS RECEIVABLE.........** **$ 30,037.90**

**PAYMENT OPTIONS:**

**CHECK**     Payable To: Miller, Canfield, Paddock and Stone
P. O. Drawer 640348 Detroit, MI 48264-0348

**WIRE TRANSFER**     Comerica Bank   ABA#:
Swift Code:        (for international wires only)
Account #:

April 9, 2008

| Date | Attorney/Description | Hours |
|------|---------------------|-------|

**FEES DUE THIS MATTER**................................................. **$ 30,023.50**

## MATTER TIMEKEEPER SUMMARY

| Attorney | | Hours | Rate | Value |
|----------|--|-------|------|-------|
| Kahn, Steven C. | | 38.10 | 235.00 | 8,953.50 |
| Mishkind, Charles S. | | 32.90 | 235.00 | 7,731.50 |
| Olson, Bruce D. | | 3.20 | 185.00 | 592.00 |
| Sahu, Saura J. | | 7.20 | 185.00 | 1,332.00 |
| Warren, Richard W. | | 61.70 | 185.00 | 11,414.50 |
| | Totals | 143.10 Hrs. | | $30,023.50 |

## COSTS

Copying 14.40

**COSTS DUE THIS MATTER**............................................. **$ 14.40**

April 9, 2008                                    **Invoice # 946529**


**TOTAL DUE THIS MATTER**...........................................  $ 30,037.90




**TOTAL DUE FOR INVOICE #946529**
**INCLUDING PREVIOUS BALANCE**..............................  $ 30,037.90

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #951436**
when remitting payment.

May 14, 2008

For professional services rendered through
April 30, 2008 in connection with the following—

**Re:**   **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

---

FEES BILLED THIS INVOICE............................................................   $ 5,365.50

COSTS BILLED THIS INVOICE...................................................   $ 0.00

TOTAL DUE ................................................................................   $ 5,365.50

**TOTAL DUE INCLUDING ACCOUNTS RECEIVABLE.........   $ 5,365.50**

### PAYMENT OPTIONS:

**CHECK**   Payable To: Miller, Canfield, Paddock and Stone
P. O. Drawer 640348 Detroit, MI 48264-0348

**WIRE TRANSFER**   Comerica Bank   ABA#:
Swift Code:                (for international wires only)
Account #:

May 14, 2008                                                    **Invoice # 951436**

## MATTER TIMEKEEPER SUMMARY

| Attorney | | Hours | Rate | Value |
|---|---|---|---|---|
| Mishkind, Charles S. | | 10.00 | 235.00 | 2,350.00 |
| Sahu, Saura J. | | 15.10 | 185.00 | 2,793.50 |
| Warren, Richard W. | | 1.20 | 185.00 | 222.00 |
| | Totals | 26.30 Hrs. | | $5,365.50 |

**COSTS DUE THIS MATTER**............................................ **$ 0.00**

**TOTAL DUE THIS MATTER**............................................ **$ 5,365.50**

**TOTAL DUE FOR INVOICE #951436
INCLUDING PREVIOUS BALANCE**............................... **$ 5,365.50**

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #969359**
when remitting payment.

July 1, 2008

For professional services rendered through
May 31, 2008 in connection with the following—

**Re:**  **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

---

| | |
|---|---:|
| FEES BILLED THIS INVOICE.......................................................... | $ 4,455.50 |
| COSTS BILLED THIS INVOICE................................................... | $ 71.80 |
| TOTAL DUE ................................................................................ | $ 4,527.30 |
| **TOTAL DUE INCLUDING ACCOUNTS RECEIVABLE.........** | **$ 9,892.80** |

**PAYMENT OPTIONS:**

**CHECK**  Payable To: Miller, Canfield, Paddock and Stone
P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**  Comerica Bank  ABA#: (
Swift Code:                     (for international wires only)
Account #:

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #969359**
when remitting payment.

July 1, 2008

For professional services rendered through
May 31, 2008 in connection with the following—

**Re:**   **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

## FEES

| Date | Attorney/Description | Hours |
|------|----------------------|-------|
| 05/22/08 | *Charles Mishkind*<br>Review and evaluate Court Opinion regarding motion for summary judgment, discuss same with Mr. Warren; telephone calls to Ms. Neyens and Ms. Lermond regarding same and dictate letter to Ms. Neyens regarding same and evaluate future course of action | 1.60 |
| 05/23/08 | *Charles Mishkind*<br>Further review of Opinion and begin work on discovery to Plaintiffs | 2.10 |
| 05/23/08 | *Bruce Olson*<br>Work on initial draft discovery including Interrogatories, Request for Production and Deposition notices to Union, Local 965 and named Plaintiffs. | 7.20 |
| 05/27/08 | *Charles Mishkind*<br>Review initial drafts of discovery, complaint and IAM's statement of facts and formulate discovery strategy | 1.80 |
| 05/27/08 | *Bruce Olson*<br>Continue work on draft discovery including Interrogatories, Request for Production and Deposition notices to Union, Local 965 and named Plaintiffs.  Discuss with Mr. Mishkind. | 4.30 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

July 1, 2008

| Date | Attorney/Description | Hours |
|------|---------------------|-------|
| 05/29/08 | *Richard Warren*<br>Review/revise first set of interrogatories for individual named Plaintiffs. | 2.80 |
| 05/30/08 | *Brian Schwartz*<br>Review/revise first set of document requests to Plaintiffs. | 2.50 |

**FEES DUE THIS MATTER** ................................................ **$ 4,455.50**

## MATTER TIMEKEEPER SUMMARY

| Attorney | | Hours | Rate | Value |
|----------|---|-------|------|-------|
| Mishkind, Charles S. | | 5.50 | 245.00 | 1,347.50 |
| Olson, Bruce D. | | 11.50 | 185.00 | 2,127.50 |
| Schwartz, Brian M. | | 2.50 | 185.00 | 462.50 |
| Warren, Richard W. | | 2.80 | 185.00 | 518.00 |
| | Totals | 22.30 Hrs. | | $4,455.50 |

## COSTS

Copying 71.80

**COSTS DUE THIS MATTER** ............................................ **$ 71.80**

**TOTAL DUE THIS MATTER** ............................................ **$ 4,527.30**

### Unpaid as of July 1, 2008

| Date | Invoice # | Balance |
|------|-----------|---------|
| 05/14/08 | 951436 | $ 5,365.50 |

**TOTAL UNPAID FOR THIS MATTER** .......................... **$ 5,365.50**

**TOTAL NOW DUE THIS MATTER** ................................ **$ 9,892.80**

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

**TOTAL DUE FOR INVOICE #969359
INCLUDING PREVIOUS BALANCE** ..............................  **$ 9,892.80**

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #969360**
when remitting payment.

July 9, 2008

For professional services rendered through
June 30, 2008 in connection with the following—

**Re:** **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

---

FEES BILLED THIS INVOICE.............................................................. $ 4,746.50

COSTS BILLED THIS INVOICE.......................................................... $ 0.00

TOTAL DUE .......................................................................................... $ 4,746.50

**TOTAL DUE INCLUDING ACCOUNTS RECEIVABLE......... $ 10,112.00**

### PAYMENT OPTIONS:

**CHECK**    Payable To:  Miller, Canfield, Paddock and Stone
P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**    Comerica Bank  ABA#:
Swift Code:                    (for international wires only)
Account #:

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #969360**
when remitting payment.

July 9, 2008

For professional services rendered through
June 30, 2008 in connection with the following—

**Re:**   **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

## FEES

| Date | Attorney/Description | Hours |
|------|----------------------|-------|
| 06/02/08 | *Brian Schwartz*<br>Telephone call with Mr. Mishkind regarding discovery (.2). Review pleadings and case law regarding possible motion to dismiss for failure to exhaust administrative remedies (.4) Revise and edit first set of requests for production of documents. (.4) | 1.00 |
| 06/02/08 | *Richard Warren*<br>Work on Interrogatories and Document Requests to Plaintiffs. | 6.20 |
| 06/03/08 | *Brian Schwartz*<br>Revise and edit First Set of Requests for Production of Documents to Plaintiffs' counsel. (.3). Draft deposition notice duces tecum for Plaintiffs' witnesses (.5). | 0.80 |
| 06/03/08 | *Richard Warren*<br>Revise First Set of Interrogatories to the Local 965 and Plaintiffs; Revise First Set of Document Requests to the Local 965 and Plaintiffs; Draft and revise Rule 30(b)(6) Notice of Deposition for the Local 965. | 2.30 |
| 06/04/08 | *Brian Schwartz*<br>Revise First Set of Requests for Production of Documents to Plaintiffs. | 0.50 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

July 9, 2008

**Invoice # 969360**

| Date | Attorney/Description | Hours |
|------|---------------------|-------|
| 06/04/08 | *Richard Warren*<br>Revise deposition notices for Tony Bartels and 30(b)(6) Notice to Local 1069 ( .8);  Analyze CBA regarding whether Alliant can pursue a motion to dismiss for failure to exhaust administative remedies ( 1.2); Revise first interrogatories and document requests to Plaintiffs ( 3.0  ). | 5.00 |
| 06/05/08 | *Brian Schwartz*<br>Revise and edit deposition notices. | 0.40 |
| 06/05/08 | *Richard Warren*<br>Revise Deposition Notices for Tony Bartels, Michael Pyne and Shawn Reents and 30(b)(6) Deposition Notice ; Conference call with Charles Stevens to discuss whether a failure to exhaust claim is viable. | 2.10 |
| 06/06/08 | *Richard Warren*<br>Draft and revise memo to file setting forth pros and cons of filing Motion to Dismiss for Failure to Exhaust the grievance procedure contained in the CBAs. | 1.00 |
| 06/10/08 | *Charles Mishkind*<br>Review drafts of company discovery and note areas of revision and augmentation | 2.10 |
| 06/16/08 | *Charles Mishkind*<br>Review Mr. Benson's memo regarding conversation with Kobelt regarding discovery and related issues and evaluate implications and discuss same with Ms. Neyens and the case in general | 0.50 |
| 06/17/08 | *Charles Mishkind*<br>Review Court opinion on Dispositive Motion and further evaluate same; discuss case and discovery with Ms. Neyens, Mr. Warren and Mr. Stevens | 1.30 |
| 06/19/08 | *Charles Mishkind*<br>Review company discovery to Plaintiff | 0.90 |

**FEES DUE THIS MATTER**.................................................. **$ 4,746.50**


## MATTER TIMEKEEPER SUMMARY

| Attorney | | Hours | Rate | Value |
|----------|---|-------|------|-------|
| Mishkind, Charles S. | | 4.80 | 245.00 | 1,176.00 |
| Schwartz, Brian M. | | 2.70 | 185.00 | 499.50 |
| Warren, Richard W. | | 16.60 | 185.00 | 3,071.00 |
| | Totals | 24.10 Hrs. | | $4,746.50 |

*Attorney-Client/Attorney Work Product Privileged*

July 9, 2008                                                                                    **Invoice # 969360**

**COSTS DUE THIS MATTER**..............................................        **$ 0.00**


**TOTAL DUE THIS MATTER**...........................................        **$ 4,746.50**

### Unpaid as of July 9, 2008

| Date | Invoice # | Balance |
|------|-----------|---------|
| 05/14/08 | 951436 | $ 5,365.50 |

**TOTAL UNPAID FOR THIS MATTER** ..........................        **$ 5,365.50**

**TOTAL NOW DUE THIS MATTER**................................        **$ 10,112.00**


**TOTAL DUE FOR INVOICE #969360**
**INCLUDING PREVIOUS BALANCE**..............................        **$ 10,112.00**

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #969361**
when remitting payment.

August 18, 2008

For professional services rendered through
July 31, 2008 in connection with the following—

**Re:** **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

---

| | |
|---|---|
| FEES BILLED THIS INVOICE...................................................... | $ 6,403.50 |
| COSTS BILLED THIS INVOICE................................................... | $ 19.25 |
| TOTAL DUE ............................................................................... | $ 6,422.75 |
| **TOTAL DUE INCLUDING ACCOUNTS RECEIVABLE.........** | **$ 21,062.05** |

**PAYMENT OPTIONS:**

**CHECK**    Payable To: Miller, Canfield, Paddock and Stone
P. O. Drawer 640348 Detroit, MI 48264-0348

**WIRE TRANSFER**    Comerica Bank  ABA#:
Swift Code:       (for international wires only)
Account #:

**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #969361**
when remitting payment.

August 18, 2008

For professional services rendered through
July 31, 2008 in connection with the following—

**Re:** **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

## FEES

| Date | Attorney/Description | Hours |
|---|---|---|
| 07/07/08 | *Charles Mishkind*<br>Conference call with Mr. Benson and Mr. Warren regarding discovery issues. | 0.20 |
| 07/07/08 | *Richard Warren*<br>Conference call with Paul Benson and Sandy Mishkind to discuss strategy for discovery. | 0.20 |
| 07/11/08 | *Brian Schwartz*<br>Review discovery requests received from Plaintiff's counsel. | 0.20 |
| 07/14/08 | *Charles Mishkind*<br>Review court opinion regarding dispositive motion and make determination regarding scope of discovery from time-frame perspective after further review of plaintiff's legal briefs opposing summary judgment and company position regarding same. | 1.60 |
| 07/14/08 | *Bruce Olson*<br>Review Plaintiff's e-mail regarding objections to discovery. Review questions and time period we referenced in our discovery and discuss with Mr. Mishkind | 0.30 |

August 18, 2008                                        **Invoice # 969361**

| Date | Attorney/Description | Hours |
|------|----------------------|-------|
| 07/21/08 | *Charles Mishkind*<br>Review Plaintiff's written discovery to Company and evaluate approach to take regarding same after internal communications regarding same. | 1.10 |
| 07/21/08 | *Saura Sahu*<br>Review and analyze complaint, answer, initial disclosures, correspondence and plaintiff's first interrogatories in preparation for meeting regarding claims and discovery | 0.80 |
| 07/21/08 | *Saura Sahu*<br>Analyze discovery issues for potential document review in Wisconsin | 0.50 |
| 07/21/08 | *Brian Schwartz*<br>Telephone call with Mr. Mishkind and Mr. Warren discussing discovery response strategy. | 0.60 |
| 07/21/08 | *Richard Warren*<br>Discuss strategy for discovery and summary judgment with Mr. Mishkind. | 0.50 |
| 07/22/08 | *Charles Mishkind*<br>Prepare for and participate in conference call with Deb Neyens and Barb Swan of Alliant regarding case and related issues | 3.40 |
| 07/22/08 | *Brian Schwartz*<br>Draft memoranda listing documents and information needed to respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents. | 0.60 |
| 07/23/08 | *Charles Mishkind*<br>Multiple telephone calls with Mr. Benson and internally regarding review of Plaintiff's documents and dictate and revise letter to Mr. Kobelt in light of communications. | 0.90 |
| 07/23/08 | *Brian Schwartz*<br>Continue to draft and revise memorandum for Ms. Neyens regarding additional information needed to respond to Plaintiffs' discovery requests. | 1.70 |
| 07/23/08 | *Richard Warren*<br>Revise memorandum to Company identifying documents which are relevant but not yet in our possession. | 1.00 |
| 07/24/08 | *Charles Mishkind*<br>Review and revise draft of memorandum to Ms. Neyens regarding what records need to be produced; Company's response to Plaintiff's discovery and open issues to address after multiple internal communications and review of Plaintiff's discovery. | 2.80 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

August 18, 2008                                    **Invoice # 969361**

| Date | Attorney/Description | Hours |
|------|---------------------|-------|
| 07/24/08 | *Bruce Olson*<br>Review draft of letter from Brian Schwartz to Ms. Neyens and revise, per Mr. Mishkind's comments, the attached list of documents provided to date by the company | 1.20 |
| 07/24/08 | *Bruce Olson*<br>Work on Mr. Mishkind's revisions to letter to Mr. Kobelt regarding discovery and reviewing documents | 0.60 |
| 07/24/08 | *Brian Schwartz*<br>Revise and edit memorandum regarding information needed to respond to Plaintiffs' discovery requests. | 0.90 |
| 07/25/08 | *Charles Mishkind*<br>Telephone call with Mr. Kobelt after discussion with Mr. Benson regarding document production review in Madison. | 0.20 |
| 07/28/08 | *Charles Mishkind*<br>Telephone call with Ms. Neyens regarding discovery. | 0.30 |
| 07/28/08 | *Charles Mishkind*<br>Dictate and review memo regarding meeting. | 0.30 |
| 07/28/08 | *Charles Mishkind*<br>Begin review and analysis of issues for memo to Ms. Neyens and Ms. Swan regarding present and future retirees. | 1.30 |
| 07/28/08 | *Charles Mishkind*<br>Review and revise memo and letter and accompanying index to Ms. Neyens regarding discovery to be provided to Plaintiff. | 1.30 |
| 07/28/08 | *Richard Warren*<br>Conference call with Mr. Mishkind to discuss strategy for objections to Plaintiffs' discovery requests. | 0.10 |
| 07/29/08 | *Bruce Olson*<br>Discuss arrangements to review union records with Mr. Mishkind | 0.80 |
| 07/29/08 | *Brian Schwartz*<br>Meet with Mr. Mishkind, Mr. Warren and Mr. Sahu discussing discovery strategy. | 0.30 |
| 07/29/08 | *Richard Warren*<br>Conference call with Sandy Mishkind to discuss strategy for document review at Union hall and responses to Interrogatories and Document Requests. | 0.50 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

August 18, 2008

**Invoice # 969361**

| Date | Attorney/Description | Hours |
|------|----------------------|-------|
| 07/31/08 | *Charles Mishkind*<br>Telephone call with Court regarding discovery after internal discussions regarding same and similar conversations with local counsel. | 0.40 |
| 07/31/08 | *Charles Mishkind*<br>Telephone call with Ms. Neyens regarding status of response to Plaintiff's discovery. | 0.10 |
| 07/31/08 | *Charles Mishkind*<br>Work on primer regarding bargaining over retiree insurance benefits and appropriate way to address future retirees and well as existing case law. | 2.60 |
| 07/31/08 | *Charles Mishkind*<br>Multiple telephone conversations with Mr. Benson regarding call from Judge's clerk to schedule a conference with Judge in the afternoon to discuss discovery stipulation and review order on proposed stipulation | 0.50 |
| 07/31/08 | *Bruce Olson* | 1.10 |
| 07/31/08 | *Richard Warren*<br>Conference call with Paul Benson regarding conference with the Court. | 0.20 |

**FEES DUE THIS MATTER**................................................ **$ 6,403.50**

## MATTER TIMEKEEPER SUMMARY

| Attorney | | Hours | Rate | Value |
|----------|--|-------|------|-------|
| Mishkind, Charles S. | | 17.00 | 245.00 | 4,165.00 |
| Olson, Bruce D. | | 4.00 | 185.00 | 740.00 |
| Sahu, Saura J. | | 1.30 | 185.00 | 240.50 |
| Schwartz, Brian M. | | 4.30 | 185.00 | 795.50 |
| Warren, Richard W. | | 2.50 | 185.00 | 462.50 |
| | Totals | 29.10 Hrs. | | $6,403.50 |

**COSTS DUE THIS MATTER**............................................ **$ 19.25**

**TOTAL DUE THIS MATTER**............................................ **$ 6,422.75**

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

August 18, 2008                                              **Invoice # 969361**

### Unpaid as of August 18, 2008

| <u>Date</u> | <u>Invoice #</u> | Balance |
|-------------|------------------|---------|
| 05/14/08 | 951436 | $ 5,365.50 |
| 07/01/08 | 969359 | $ 4,527.30 |
| 07/09/08 | 969360 | $ 4,746.50 |

**TOTAL UNPAID FOR THIS MATTER** ........................... **$ 14,639.30**

**TOTAL NOW DUE THIS MATTER** ................................ **$ 21,062.05**

**TOTAL DUE FOR INVOICE #969361**
**INCLUDING PREVIOUS BALANCE** .............................. **$ 21,062.05**

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #970993**
when remitting payment.

September 17, 2008

For professional services rendered through
August 31, 2008 in connection with the following—

**Re:** **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

---

| | |
|---|---|
| FEES BILLED THIS INVOICE | $ 41,361.50 |
| COSTS BILLED THIS INVOICE | $ 1,072.80 |
| TOTAL DUE | $ 42,434.30 |
| **TOTAL DUE INCLUDING ACCOUNTS RECEIVABLE** | **$ 54,222.55** |

### PAYMENT OPTIONS:

**CHECK**      Payable To: Miller, Canfield, Paddock and Stone
P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**   Comerica Bank   ABA#:
Swift Code:          (for international wires only)
Account #:

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #970993**
when remitting payment.

September 17, 2008

For professional services rendered through
August 31, 2008 in connection with the following—

**Re:**   **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

## FEES

| Date | Attorney/Description | Hours |
|------|----------------------|-------|
| 08/01/08 | *Charles Mishkind*<br>Telephone call with Judge Staton's office regarding discovery issues. | 0.20 |
| 08/01/08 | *Charles Mishkind*<br>Work on future retiree and possible jury trial issues. | 2.40 |
| 08/01/08 | *Brian Schwartz*<br>Work on draft of responses and objections to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents. | 1.70 |
| 08/03/08 | *Brian Schwartz*<br>Revise objections to Plaintiffs' First Set of Interrogatories and Requests for Production. | 0.40 |
| 08/04/08 | *Charles Mishkind*<br>Work on discovery responses to Plaintiff's written discovery. | 2.20 |
| 08/04/08 | *Charles Mishkind*<br>Work on arrangements for document review in Madison, WI. | 0.30 |
| 08/04/08 | *Charles Mishkind*<br>Review Ms. Neyens draft response to discovery incorporated into draft of written responses. | 0.40 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

September 17, 2008 **Invoice # 970993**

| Date | Attorney/Description | Hours |
|------|----------------------|-------|
| 08/04/08 | *Charles Mishkind*<br>Work of premier do's and don'ts with regard to retiree insurance benefits for actives and existing retirees and consequences of same. | 1.20 |
| 08/04/08 | *Bruce Olson* | 0.80 |
| 08/04/08 | *Brian Schwartz*<br>Continue to revise objections to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents. | 0.70 |
| 08/05/08 | *Charles Mishkind*<br>Work on discovery responses. | 0.80 |
| 08/05/08 | *Charles Mishkind*<br>Telephone call with Plaintiffs' counsel regarding discovery issues. | 0.30 |
| 08/05/08 | *Brian Schwartz*<br>Revise responses and objections to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents. | 0.50 |
| 08/06/08 | *Charles Mishkind*<br>Internal communications with Mr. Schwartz regarding discovery and document review. | 0.60 |
| 08/06/08 | *Brian Schwartz*<br>Multiple telephone calls with Mr. Mishkind regarding class definition and collection of documents and information response to Plaintiffs' discovery requests. | 0.80 |
| 08/07/08 | *Charles Mishkind*<br>Work on discovery response to plaintiff's discovery. | 1.20 |
| 08/07/08 | *Charles Mishkind*<br>Work on discovery responses | 1.10 |
| 08/07/08 | *Robin Richards*<br>Prepare documents for production | 0.40 |
| 08/07/08 | *Brian Schwartz*<br>Multiple telephone calls with Mr. Mishkind regarding production of documents (.3). Identify documents responsive to Plaintiffs' document requests. (.6). | 0.90 |
| 08/08/08 | *Charles Mishkind*<br>Internal communications regarding discovery and document review. | 0.90 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

September 17, 2008                                              **Invoice # 970993**

| Date | Attorney/Description | Hours |
|------|---------------------|-------|
| 08/08/08 | *Bruce Olson* | 0.30 |
| 08/08/08 | *Robin Richards*<br>Prepare documents for production to Plaintiff | 2.80 |
| 08/08/08 | *Brian Schwartz*<br>Telephone call with Ms. Neyens and Mr. Mishkind regarding discovery production (.4). Multiple telephone calls with Mr. Mishkind discussing effect of language in SPDs and production of documents (.5). | 0.90 |
| 08/08/08 | *Richard Warren*<br>Prepare and revise Motion to Extend Scheduling Order Dates. | 1.90 |
| 08/10/08 | *Richard Warren*<br>Revise Motion to Extend Scheduling Order dates. | 0.40 |
| 08/11/08 | *Richard Warren*<br>Review and revise Draft Answers to Plaintiffs' First Interrogatories. | 2.40 |
| 08/12/08 | *Charles Mishkind*<br>Work on drafts of discovery responses. | 1.40 |
| 08/12/08 | *Richard Warren*<br>Revise Answers to Plaintiffs' first interrogatories. | 1.60 |
| 08/13/08 | *Charles Mishkind*<br>Work on discovery responses. | 0.70 |
| 08/13/08 | *Richard Warren*<br>Revise answers to interrogatories and responses to Plaintiffs' first document requests. | 0.40 |
| 08/14/08 | *Charles Mishkind*<br>Work on discovery issues | 1.20 |
| 08/14/08 | *Robin Richards*<br>Continue to prepare documents for production to plaintiffs | 2.60 |
| 08/14/08 | *Brian Schwartz*<br>Telephone call with Mr. Mishkind and Plaintiffs' counsel regarding discovery and motion to extend deadlines (.4). Draft memorandum summarizing telephone call with Plaintiffs' counsel (.2). Review Motion to Extend dates (.3). | 0.90 |
| 08/14/08 | *Richard Warren*<br>Revise answers and objections to Plaintiffs' first set of discovery requests. | 1.20 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

September 17, 2008                                    **Invoice # 970993**

| Date | Attorney/Description | Hours |
|------|----------------------|-------|
| 08/15/08 | *Charles Mishkind*<br>Work on memo to Ms. Neyens regarding retiree insurance benefit issues. | 1.40 |
| 08/15/08 | *Charles Mishkind*<br>Review plaintiffs' document response. | 0.40 |
| 08/15/08 | *Saura Sahu*<br>Prepare for upcoming document review, including review of certain pleadings | 0.70 |
| 08/15/08 | *Brian Schwartz*<br>Telephone call with Mr. Mishkind regarding review of Plaintiffs' document production (.2). Review and identify documents responsive to Plaintiffs' discovery requests (2.2). | 2.40 |
| 08/15/08 | *Richard Warren*<br>Receipt and review of Plaintiffs' Responses to Defendants' first discovery requests. | 0.50 |
| 08/17/08 | *Bruce Olson*<br>Prepare for Plaintiff's document production at Union Hall in Madison Wisconsin. | 5.40 |
| 08/17/08 | *Saura Sahu*<br>Prepare for union-document review | 5.20 |
| 08/17/08 | *Brian Schwartz*<br>Continue to review and identify documents response to Plaintiffs' discovery requests. | 2.70 |
| 08/17/08 | *Richard Warren*<br>Review and analyze Plaintiffs' responses to Defendants' first discovery requests. | 0.60 |
| 08/18/08 | *Charles Mishkind*<br>Work on objections to plaintiffs' written discovery and demands and address issues arising from on-site review of union records. | 2.80 |
| 08/18/08 | *Bruce Olson*<br>Review documents at Union Hall in Madison, Wisconsin. | 12.30 |
| 08/18/08 | *Saura Sahu*<br>Perform on-site review of union's documents, including establishment of review protocol and document analysis, as well as drafting memorandum and conferring with Mr. Mishkind to address emerging issues. | 12.40 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

September 17, 2008                                             **Invoice # 970993**

| Date | Attorney/Description | Hours |
|------|----------------------|-------|
| 08/18/08 | *Brian Schwartz*<br>Telephone call with Mr. Mishkind and Mr. Warren regarding issues with Plaintiffs production of documents for inspection (.6). Continue to review and identify documents potentially responsive to Plaintiffs' discovery requests, including recent documents received from Deb Neyens (2.2). Revise responses to Plaintiffs' discovery requests (.4). | 3.20 |
| 08/18/08 | *Richard Warren*<br>Conference calls with Saura Sahu to provide advice regarding selection of UAW documents to mark as responsive to discovery requests. | 0.60 |
| 08/19/08 | *Charles Mishkind*<br>Work on objections to plaintiff's written discovery and demands. | 1.60 |
| 08/19/08 | *Charles Mishkind*<br>Review/revise letter to union counsel regarding discovery issues after internal strategizing and with local counsel regarding same. | 1.20 |
| 08/19/08 | *Bruce Olson*<br>Continue to review Plaintiff's document production at Union Hall in Madison, Wisconsin. | 12.40 |
| 08/19/08 | *Saura Sahu*<br>Continue on-site review of union's documents, including document analysis and conferences with Mr. Mishkind to address production issues. | 14.20 |
| 08/19/08 | *Brian Schwartz*<br>Draft letter to Plaintiffs' counsel regarding Plaintiffs' deficient discovery responses (.8). Research case law to support arguments that Plaintiffs' discovery responses, by identifying thousands of documents as responsive to interrogatories, is inadequate under Rule 33(d). (.4) Telephone call with Mr. Mishkind discussing discovery issues (.2). Revise objections to Plaintiffs' discovery requests. (1.1) | 2.50 |
| 08/19/08 | *Richard Warren*<br>Conference calls with Saura Sahu and Charles Mishkind to advise as to review and tagging of Plaintiffs' documents produced for inspection ( .8 ); Revise letter to Kobelt regarding discovery deficiencies ( .2); Conference call with Paul Benson and Charlie Stevens to discuss strategy for resolving discovery dispute (.2 ); Review and analyze correspondence from Plaintiffs' counsel regarding arrangements for the production of documents ( .2 ). | 1.40 |
| 08/20/08 | *Charles Mishkind*<br>Address discovery issues regarding document production and work on discovery responses. | 1.40 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

September 17, 2008                                                    **Invoice # 970993**

| Date | Attorney/Description | Hours |
|------|----------------------|-------|
| 08/20/08 | *Charles Mishkind*<br>Review and revise draft objections to plaintiff's written discovery. | 2.10 |
| 08/20/08 | *Bruce Olson*<br>Return travel from document review. | 4.20 |
| 08/20/08 | *Saura Sahu*<br>Return travel from review of union documents | 4.80 |
| 08/20/08 | *Richard Warren*<br>Conference call with Charles Mishkind to discuss strategy for response to Plaintiffs' refusal to release responsive documents for copying by an outside vendor ( .3 );  Conference calls with Kurt Kobelt regarding production of Union's responsive documents (.4 ); Revise letter to Plaintiffs' counsel identifying discovery deficiencies ( .5); Revise objections to Plaintiffs Interrogatories and Document Requests ( 2.8). | 4.00 |
| 08/21/08 | *Charles Mishkind*<br>Work on reviewing and revising draft objections to plaintiff's written discovery. | 2.10 |
| 08/21/08 | *Saura Sahu*<br>Draft memorandum summarizing document review and comments by T. Bartels | 1.20 |
| 08/21/08 | *Richard Warren*<br>Revise objections to Plaintiffs' First Interrogatories ( 4.3 ); Conference calls with Kurt Kobelt to discuss discovery responses and document production ( .3 ); Response to correspondence from Kurt Kobelt regarding categories of documents Plaintiffs do not believe are relevant ( .2). | 4.80 |
| 08/22/08 | *Charles Mishkind*<br>Work on Company discovery responses. | 0.90 |
| 08/22/08 | *Richard Warren*<br>Revise answers and objections to Plaintiffs' first interrogatories and document requests to implement suggested revisions of Ms. Neyens and Mr. Mishkind ( 5.6); Prepare correspondence to Plaintiffs' counsel responding to his request that we explain why 11 categories of documents are responsive and calculated to lead to admissible evidence ( .3); | 5.90 |
| 08/24/08 | *Saura Sahu*<br>Travel to Madison, WI for document production at Union Hall | 5.50 |

September 17, 2008                                                **Invoice # 970993**

| Date | Attorney/Description | Hours |
|------|----------------------|-------|
| 08/25/08 | *Charles Mishkind*<br>Review Alday regarding Repeon retiree insurance district court opinion involving duration of commitment to early retirees and ability to change terms of the agreement | 0.70 |
| 08/25/08 | *Saura Sahu*<br>Conduct oversight/review of union's production including establishing and monitoring scanning protocol and conferring with opposing counsel as to emerging issues. | 7.80 |
| 08/25/08 | *Richard Warren*<br>Revise substantive responses to Plaintiffs' first set of discovery requests. | 0.70 |
| 08/26/08 | *Charles Mishkind*<br>Review proposed documents being produced. | 3.70 |
| 08/26/08 | *Charles Mishkind*<br>Work on jury trial and discovery issues. | 1.30 |
| 08/26/08 | *Charles Mishkind* | 0.70 |
| 08/26/08 | *Saura Sahu*<br>Continue on-site review of union records | 10.20 |
| 08/26/08 | *Richard Warren*<br>Conference call with Mr. Mishkind to discuss strategy for dealing with Plaintiffs' delayed production of documents. | 0.20 |
| 08/27/08 | *Charles Mishkind*<br>Telephone call with plaintiff's counsel regarding production of documents and problems associated with same after multiple internal communications regarding same; draft/revise memo regarding same. | 1.10 |
| 08/27/08 | *Charles Mishkind* | 0.70 |
| 08/27/08 | *Bruce Olson*<br>Work on reviewing records in response to Interrogatory 8, when the company provided benefits to early retirees | 1.70 |
| 08/27/08 | *Saura Sahu*<br>Draft and revise letter to K. Kobelt regarding problems with discovery production | 1.70 |

September 17, 2008                                    **Invoice # 970993**

| Date | Attorney/Description | Hours |
|------|----------------------|-------|
| 08/27/08 | *Saura Sahu*<br>Draft memo regarding union document review and analyze problems as to Plaintiffs' document production. | 0.80 |
| 08/27/08 | *Brian Schwartz*<br>Draft and revise answers and objections to Plaintiffs' discovery requests, including identifying documents responsive to each request (2.9) Telephone call with Mr. Mishkind and Plaintiffs' counsel regarding copying of documents (.3). Telephone call with Mr. Mishkind and Mr. Sahu regarding issues with Plaintiff's production of documents (.4). Telephone call with Mr. Mishkind and Mr. Warren discussing information to include in chart of class members responsive to Plaintiffs' interrogatories (.4). Review e-mails from Deb Neyens regarding interrogatory responses (.2) | 4.20 |
| 08/27/08 | *Richard Warren*<br>Revise substantive Answers to Interrogatories. | 1.90 |
| 08/28/08 | *Charles Mishkind* | 0.70 |
| 08/28/08 | *Charles Mishkind*<br>Draft two versions of letter to send to plaintiff's counsel regarding production of documents, problems and need to correct same. | 1.20 |
| 08/28/08 | *Charles Mishkind*<br>Discuss approach to take with plaintiff's counsel regarding failure to produce documents, make the strategy decisions to go with the confortational letter. | 0.30 |
| 08/28/08 | *Bruce Olson*<br>Continue work on reviewing records in response to Interrogatory 8, when the company provided benefits to early retirees, review CBA's and discuss with Mr. Warren and Mr. Schwartz | 1.90 |
| 08/28/08 | *Brian Schwartz*<br>Continue to revise responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents (2.8). Review e-mails from Deb Neyens regarding answers to Plaintiffs' interrogatories (.2) Draft proposed stipulated protective order (.5). | 3.50 |
| 08/28/08 | *Richard Warren*<br>Revise substantive responses to Plaintiffs' first discovery requests, and select and prepare responsive documents for production. | 4.20 |

September 17, 2008                                                          **Invoice # 970993**

| Date | Attorney/Description | Hours |
|------|----------------------|-------|
| 08/29/08 | *Charles Mishkind*<br>Work on Company document responses and answers to interrogatories | 1.10 |
| 08/29/08 | *Charles Mishkind* | 0.70 |
| 08/29/08 | *Brian Schwartz*<br>Revise and finalize responses to Plaintiffs' First Set of Interrogatories and Document Request Responses (2.1). Continue to draft and revise proposed Protective Order (.8). Draft letter to Plaintiffs' counsel regarding discovery responses (.3) | 3.20 |
| 08/29/08 | *Richard Warren*<br>Revise substantive answers to Plaintiffs' first interrogatories, and revise Protective Order covering documents. | 1.60 |

**FEES DUE THIS MATTER** ................................................. **$ 41,361.50**

## MATTER TIMEKEEPER SUMMARY

| Attorney | | Hours | Rate | Value |
|----------|---|-------|------|-------|
| Mishkind, Charles S. | | 41.00 | 245.00 | 10,045.00 |
| Olson, Bruce D. | | 39.00 | 185.00 | 7,215.00 |
| Richards, Robin L. | | 5.80 | 95.00 | 551.00 |
| Sahu, Saura J. | | 64.50 | 185.00 | 11,932.50 |
| Schwartz, Brian M. | | 28.50 | 185.00 | 5,272.50 |
| Warren, Richard W. | | 34.30 | 185.00 | 6,345.50 |
| | Totals | 213.10 Hrs. | | $41,361.50 |

## COSTS

| | |
|---|---|
| Copying | 36.80 |
| Meals | 73.72 |
| Out-of-town travel - lodging | 532.44 |
| Out-of-town travel - mileage | 380.84 |
| Out-of-town travel - parking | 36.00 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

September 17, 2008                                                                **Invoice # 970993**

Out-of-town travel - taxi                                                                13.00

**COSTS DUE THIS MATTER**............................................. **$ 1,072.80**

**TOTAL DUE THIS MATTER**............................................ **$ 42,434.30**

### Unpaid as of September 17, 2008

| Date | Invoice # | Balance |
|------|-----------|---------|
| 05/14/08 | 951436 | $ 5,365.50 |
| 08/18/08 | 969361 | $ 6,422.75 |

**TOTAL UNPAID FOR THIS MATTER** .......................... **$ 11,788.25**

**TOTAL NOW DUE THIS MATTER**................................ **$ 54,222.55**

**TOTAL DUE FOR INVOICE #970993**
**INCLUDING PREVIOUS BALANCE**............................... **$ 54,222.55**

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #975664**
when remitting payment.

October 8, 2008

For professional services rendered through
September 30, 2008 in connection with the following—

**Re:** **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

---

FEES BILLED THIS INVOICE.......................................................... $ 24,210.55

COSTS BILLED THIS INVOICE...................................................... $ 32.00

TOTAL DUE ................................................................................ $ 24,242.55

**TOTAL DUE INCLUDING ACCOUNTS RECEIVABLE.........** **$ 78,465.10**

### PAYMENT OPTIONS:

**CHECK** Payable To: Miller, Canfield, Paddock and Stone
P. O. Drawer 640348 Detroit, MI 48264-0348

**WIRE TRANSFER** Comerica Bank ABA#:
Swift Code: ]         (for international wires only)
Account #:

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #975664**
when remitting payment.

October 8, 2008

For professional services rendered through
September 30, 2008 in connection with the following—

**Re:** **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

## FEES

| Date | Attorney/Description | Hours |
|------|----------------------|-------|
| 09/02/08 | *Charles Mishkind*<br>Telephone call with Mr. Kobelt regarding production of documents, review and copying and follow-up internal conference regarding same. | 0.70 |
| 09/02/08 | | 2.40 |
| 09/02/08 | *Richard Warren*<br>Conference calls with Kurt Kobelt regarding Plaintiffs' document production efforts and alternative arrangements; Conference call with Sandy Mishkind to discuss strategy for addressing problems with Plaintiffs' document production. | 0.70 |
| 09/03/08 | *Charles Mishkind*<br>Dictate letter to Mr. Kobelt regarding status of document production and supplementation to the Union's answers to company;s discovery. | 0.20 |
| 09/03/08 | *Charles Mishkind*<br>Work on jury issues in anticipation of filing Motion to Strike Jury Demand | 2.40 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

October 8, 2008                                          **Invoice # 975664**

| Date | Attorney/Description | Hours |
|------|---------------------|-------|
| 09/03/08 | *Charles Mishkind*<br>Review Court Order scheduling conference with Court. | 0.10 |
| 09/03/08 | *Charles Mishkind*<br>Continue to work on letter to Ms. Neyens regarding retiree insurance benefits and best practices. | 3.10 |
| 09/03/08 | *Richard Warren*<br>Draft memo to file summarizing conference calls with Kurt Kobelt regarding document production efforts. | 0.40 |
| 09/04/08 | *Charles Mishkind*<br>Telephone call with Mr. Kobelt regarding problems with discover, document production. | 0.40 |
| 09/04/08 | *Charles Mishkind* | 2.40 |
| 09/05/08 | *Charles Mishkind* | 2.90 |
| 09/10/08 | *Charles Mishkind*<br>Review correspondence regarding discovery disputes. | 0.70 |
| 09/11/08 | *Charles Mishkind*<br>Review correspondence of Kobelt's letter and evaluate situation. | 0.70 |
| 09/12/08 | *Brian Schwartz*<br>Review letter sent by Plaintiffs' counsel regarding Defendants' discovery responses. | 0.30 |
| 09/15/08 | *Charles Mishkind*<br>Telephone call with Mr. Kobelt regarding discovery issues and prepare for upcoming meeting next week. | 0.70 |
| 09/15/08 | *Richard Warren*<br>Draft and revise correspondence to Deb Neyens regarding Plaintiffs' discovery requests. | 0.50 |
| 09/16/08 | | 0.30 |
| 09/16/08 | *Brian Schwartz*<br>Briefly review Union's memory stick of documents received from Plaintiffs' counsel. | 0.50 |

October 8, 2008                                                    **Invoice # 975664**

| Date | Attorney/Description | Hours |
|------|---------------------|-------|
| 09/17/08 | *Charles Mishkind*<br>Conference call regarding upcoming discovery conference call with Mr. Kobelt regarding discovery. | 0.50 |
| 09/18/08 | *Charles Mishkind*<br>Prepare for and participate in lengthy conference call with Plaintiff's counsel regarding discovery dispute issues and then conduct follow up conversation regarding case strategy | 2.60 |
| 09/18/08 | *Brian Schwartz*<br>Telephone call with Plaintiffs' counsel, Mr. Mishkind, Mr. Benson and Mr. Warren regarding ongoing discovery disputes. Telephone call with Mr. Mishkind, Mr. Benson and Mr. Warren discussing issues with Plaintiffs' discovery responses. Draft e-mail to Ms. Neyens regarding Plaintiffs' request for supplementation of discovery responses. | 1.90 |
| 09/18/08 | *Richard Warren*<br>Conference call with Kurt Kobelt regarding outstanding requests for supplemental discovery requests; Conference call with Charles Mishkind to discuss strategy for potential Motion to Compel. | 1.50 |
| 09/22/08 | *Charles Mishkind*<br>Prepare for Sept. 24th meeting with Court. | 2.30 |
| 09/22/08 | *Brian Schwartz*<br>Review e-mail received from Deb Neyens regarding supplementing discovery requests. Review case law requiring Plaintiffs' to specifically identify documents responsive to Alliant's discovery requests. Draft letter to Plaintiff's counsel regarding production of written interrogatory responses specifically identifying documents responsive to each request. Review documents produced by Plaintiffs. | 2.60 |
| 09/22/08 | *Richard Warren*<br>Revise letter to Kurt Kobelt regarding discovery dispute and authority in support of Defendants' position. | 0.20 |
| 09/23/08 | *Charles Mishkind*<br>Continue to prepare for upcoming Court hearing. | 2.20 |
| 09/23/08 | *Charles Mishkind*<br>Review correspondence from Mr. Schwartz regarding additional documents. | 0.30 |
| 09/23/08 | *Bruce Olson*<br>Work on materials for Mr. Mishkind to attend status hearing before Judge. Review and supplement time line of discovery events | 1.40 |

October 8, 2008                                                           **Invoice # 975664**

| Date | Attorney/Description | Hours |
|------|----------------------|-------|
| 09/23/08 | *Saura Sahu*<br>Review and analyze issues with incoming union discovery | 0.40 |
| 09/23/08 | *Brian Schwartz*<br>Research additional case law supporting arguments that Plaintiffs' are required to identify which documents are responsive to each interrogatory. Revise letter to Plaintiffs' counsel regarding identification of documents responsive to each interrogatory. Draft letter to Plaintiffs' counsel responding to his September 12 letter requesting supplementation. Review case law regarding recent retiree health benefits. Draft timeline of discovery events and issues. Telephone call with Mr. Mishkind regarding discovery issues and scheduling conference. Review documents received from Plaintiffs. | 5.40 |
| 09/23/08 | *Richard Warren*<br>Revise letter to Plaintiffs' counsel discussing discovery deficiencies. | 0.20 |
| 09/24/08 | *Charles Mishkind*<br>Prepare for and attend lengthy meeting with Court and local counsel regarding scheduling, discovery and open issues. | 15.20 |
| 09/24/08 | *Brian Schwartz*<br>Revise letter to Plaintiffs' counsel responding to his September 12 letter requesting supplementation. Multiple telephone call with Mr. Mishkind regarding discovery and scheduling conference. Continue to review documents produced by Plaintiffs. Review case law cited by the Court during scheduling conference. | 2.80 |
| 09/25/08 | *Charles Mishkind*<br>Multiple telephone calls to plaintiff's counsel and Mr. Benson and internally regarding discovery and related issues; review and revise letter to Kobelt regarding discovery disputes; telephone call with Ms. Neyens regarding Wednesday meeting with Court and follow-up meeting with Kobelt; dictate and revise email memo to Ms. Neyens regarding same; legal research regarding jury trial issues. | 4.70 |
| 09/25/08 | *Robin Richards*<br>Edit document database to isolate Plaintiff's document production for attorney review. | 1.10 |

October 8, 2008                                                    **Invoice # 975664**

| Date | Attorney/Description | Hours |
|------|---------------------|-------|
| 09/25/08 | *Brian Schwartz*<br>Continue to review case law cited by the Court during status conference regarding use of jury trials. Telephone call with Mr. Mishkind and Ms. Neyens regarding status conference and discovery. Review declarations attached to Plaintiffs' summary judgment pleadings. Review documents produced by Plaintiffs. Multiple telephone call with Mr. Mishkind regarding discovery issues and Plaintiffs' request for a jury trial. Revise letter to Plaintiffs' counsel responding to his September 12 letter regarding Defendants' discovery responses. Telephone call with Mr. Mishkind and Plaintiffs' counsel regarding outstanding discovery issues. | 6.10 |
| 09/26/08 | *Charles Mishkind*<br>Telephone call with Kobelt regarding discovery issues and internal communications regarding same with Mr. Warren and Mr. Schwartz and Paul Benson regarding same; go over discovery issues with Kobelt; continue to work on memo to Ms. Neyens regarding Wednesday meeting with Court and approach to take in responding to jury trial issues, including legal research. | 4.70 |
| 09/26/08 | *Bruce Olson*<br>Work on reviewing Union records produced in discovery, office conference with Mr. Brian Schwartz regarding same | 1.10 |
| 09/26/08 | *Brian Schwartz*<br>Revise letter to Plaintiffs' counsel regarding discovery issues. Draft letter to Plaintiffs' counsel regarding jury trial issue. Multiple telephone calls with Mr, Mishkind regarding discovery strategy and response to Plaintiffs' motion supporting a request for a jury trial. Telephone call with Ms Neyens and Mr. Mishkind regarding production of negotiation history documents. Telephone call with Mr. Mishkind and Plaintiffs' counsel regarding production of negotiation history documents. Review documents produced by Plaintiffs' counsel. | 7.20 |
| 09/26/08 | *Richard Warren*<br>Conference call with Mr. Mishkind to discuss strategy for responding to Plaintiffs' Motion for Jury Trial; Revise letter to Kurt Kobelt regarding discovery. | 0.70 |
| 09/28/08 | *Brian Schwartz*<br>Continue to review documents produced by Plaintiffs. | 2.10 |
| 09/29/08 | *Charles Mishkind*<br>Telephone call with Kobelt regarding reviewing Company records and discovery schedule; continue to work on jury trial issue; review plaintiff's brief regarding jury trial issue. | 4.10 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

October 8, 2008                                    **Invoice # 975664**

| Date | Attorney/Description | Hours |
|------|---------------------|-------|
| 09/29/08 | *Saura Sahu*<br>Research cases and treatise materials regarding jury trial issue | 3.70 |
| 09/29/08 | *Saura Sahu*<br>Draft and revise Company's brief in response to Plaintiff's Jury Demand | 3.10 |
| 09/29/08 | *Saura Sahu*<br>Review and analyze Plaintiff's Brief Supporting Jury Demand, Initial Disclosures and Responses to Discovery in preparation for Company's response brief | 0.90 |
| 09/29/08 | *Brian Schwartz*<br>Continue to review documents produced by Plaintiffs. | 4.60 |
| 09/29/08 | *Richard Warren*<br>Review and analysis of Plaintiffs' brief in support of request for jury trial; Conference calls with Mr. Mishkind and Kurt Kobelt regarding the stipulated scheduling order dates. | 1.50 |
| 09/30/08 | *Charles Mishkind*<br>Work on discovery issues and stipulation regarding discovery. | 1.50 |
| 09/30/08 | *Charles Mishkind*<br>Work on draft of jury trial brief prepared by Mr. Sahu. | 2.30 |
| 09/30/08 | *Saura Sahu*<br>Draft, review and revise brief opposing jury demand | 3.80 |
| 09/30/08 | *Richard Warren*<br>Draft and revise correspondence to Kurt Kobelt regarding trial date and scheduling order;  Revise Brief in Support of Response to Plaintiffs' Request for Jury Trial. | 0.93 |

**FEES DUE THIS MATTER** ................................................ **$ 24,210.55**

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

October 8, 2008                                              **Invoice # 975664**

## MATTER TIMEKEEPER SUMMARY

| Attorney | | Hours | Rate | Value |
|---|---|---|---|---|
| Mishkind, Charles S. | | 57.10 | 245.00 | 13,989.50 |
| Olson, Bruce D. | | 2.50 | 185.00 | 462.50 |
| Richards, Robin L. | | 1.40 | 95.00 | 133.00 |
| Sahu, Saura J. | | 11.90 | 185.00 | 2,201.50 |
| Schwartz, Brian M. | | 33.50 | 185.00 | 6,197.50 |
| Warren, Richard W. | | 6.63 | 185.00 | 1,226.55 |
| | Totals | 113.03 Hrs. | | $24,210.55 |

## COSTS

Copying                                                                              32.00

**COSTS DUE THIS MATTER**............................................. **$ 32.00**

**TOTAL DUE THIS MATTER**............................................. **$ 24,242.55**

### Unpaid as of October 8, 2008

| Date | Invoice # | Balance |
|---|---|---|
| 05/14/08 | 951436 | $ 5,365.50 |
| 08/18/08 | 969361 | $ 6,422.75 |
| 09/17/08 | 970993 | $ 42,434.30 |

**TOTAL UNPAID FOR THIS MATTER** .......................... **$ 54,222.55**

**TOTAL NOW DUE THIS MATTER**................................. **$ 78,465.10**

**TOTAL DUE FOR INVOICE #975664**
**INCLUDING PREVIOUS BALANCE** ............................... **$ 78,465.10**

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.
*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #983587**
when remitting payment.

November 10, 2008

For professional services rendered through
October 31, 2008 in connection with the following—

**Re:** **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

---

FEES BILLED THIS INVOICE........................................................ $ 76,167.00

COSTS BILLED THIS INVOICE.................................................... $ 4,566.05

TOTAL DUE ................................................................................ $ 80,733.05

**TOTAL DUE INCLUDING ACCOUNTS RECEIVABLE......... $ 110,341.10**

**PAYMENT OPTIONS:**

**CHECK**  Payable To: Miller, Canfield, Paddock and Stone
P. O. Drawer 640348 Detroit, MI 48264-0348

**WIRE TRANSFER**  Comerica Bank  ABA#:
Swift Code:          (for international wires only)
Account #:

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #983587**
when remitting payment.

November 10, 2008

For professional services rendered through
October 31, 2008 in connection with the following—

**Re:**  **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

## FEES

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 10/01/08 | *Charles Mishkind*<br>Review plaintiff's supplemental interrogatory answers; continue to work on jury brief and opposition to jury request; review Union's responses and documents on merits. | 4.80 |
| 10/01/08 | *Saura Sahu*<br>Research as to equitable relief and chancery cases | 0.70 |
| 10/01/08 | *Saura Sahu*<br>Review and revise jury trial brief per C.S. Mishkind's comments and edits. | 4.60 |
| 10/01/08 | *Richard Warren*<br>Revise Motion to Strike Jury Trial Demand and review and analyze Plaintiffs' supplemental discovery requests. | 2.40 |
| 10/02/08 | *Charles Mishkind*<br>Work on jury trial brief in opposition to Plaintiff's request for jury demand and review some of the documents provided by plaintiff and the Company. | 5.80 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

November 10, 2008                                                    **Invoice # 983587**

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 10/02/08 | *Brian Schwartz*<br>Review documents produced by Plaintiffs. Multiple telephone calls with Mr. Mishkind regarding jury demand and Plaintiffs' supplemental discovery responses. Draft letter to Plaintiffs' counsel regarding Plaintiffs' document production. Review and revise draft of brief in opposition to Plaintiffs' request for a jury demand. | 4.80 |
| 10/02/08 | *Richard Warren*<br>Analysis of Plaintiffs' Supplemental Discovery Responses; revise Response to Plaintiffs' Request for Jury Trial; draft correspondence to Kurt Kobelt offering documents for inspection. | 4.10 |
| 10/03/08 | *Charles Mishkind*<br>Read latest retiree insurance benefit appellate decision on early retirees; review Plaintiff's request for admissions and work on edits of matter and finalization of jury trial brief in opposition to Plaintiff's request for jury demand. | 6.40 |
| 10/03/08 | *Saura Sahu*<br>Draft R. Warren affidavit regarding exhibits and obtain exhibits Affidavit and attachments | 0.70 |
| 10/03/08 | | 1.10 |
| 10/03/08 | *Brian Schwartz*<br>Review part of voluminous documents produced by Plaintiffs. | 4.90 |
| 10/05/08 | *Brian Schwartz*<br>Review documents produced by Plaintiffs. | 3.10 |
| 10/06/08 | *Dawn Marshall*<br>Review documents potentially responsive to plaintiffs' discovery requests. | 0.40 |
| 10/06/08 | *Charles Mishkind*<br>Review Company records and Plaintiff's records; dictate detailed summaries regarding same for preparation of upcoming depositions and follow up fact investigation and for various Company responses in response to Plaintiff's positions. | 4.60 |
| 10/06/08 | *Bruce Olson*<br>Review documents produced by Union | 2.30 |
| 10/06/08 | *Brian Schwartz*<br>Continue to review documents produced by Plaintiffs. | 5.60 |

November 10, 2008                                               **Invoice # 983587**

| Date | Timekeeper/Description | Hours |
|---|---|---|
| 10/07/08 | *Charles Mishkind*<br>Review in detail Company records and Plaintiff's records; dictate detailed summaries regarding same for preparation of upcoming depositions and follow up fact investigation and for various Company positions in response to Plaintiff's positions. | 5.80 |
| 10/07/08 | *Bruce Olson*<br>Review documents produced by Union | 1.60 |
| 10/07/08 | *Brian Schwartz*<br>Continue to review documents produced by Plaintiffs. | 2.40 |
| 10/07/08 | *Richard Warren*<br>Revise responses to Plaintiffs' Requests for Admissions. | 0.20 |
| 10/08/08 | *Dawn Marshall*<br>Review documents potentially responsive to plaintiffs' discovery requests. | 2.40 |
| 10/08/08 | *Charles Mishkind*<br>Continue to review in detail Company records and Plaintiff's records; dictate detailed summaries regarding same for preparation of upcoming depositions and follow up fact investigation and for various Company positions in response to Plaintiff's positions. | 6.10 |
| 10/08/08 | *Bruce Olson*<br>Review documents produced by Union | 3.10 |
| 10/08/08 | *Brian Schwartz*<br>Continue to review documents produced by Plaintiffs.  Draft responses and objections to Plaintiffs' Requests for Admissions. | 3.40 |
| 10/08/08 | *Richard Warren*<br>Conference call with Deb Neyens to discuss production of Alliant pre-1996 documents;  Draft and revise correspondence to Kobelt regarding document inspection;  Revise responses to Plaintiffs' Requests for Admissions;  Revise email to Deb Neyens regarding Plaintiffs' inspection of Alliant's documents. | 1.50 |
| 10/09/08 | *Richard Warren*<br>Conference call with Charles Mishkind to discuss strategy for deposing Plaintiffs' witnesses. | 0.50 |
| 10/10/08 | *Charles Mishkind*<br>Review and evaluate Kobelt's reply brief in opposition to company's brief regarding jury demand issues. | 0.50 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

November 10, 2008                                    **Invoice # 983587**

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 10/10/08 | *Charles Mishkind*<br>Review in detail company and Plaintiff's records; dictate detailed summaries regarding same for preparation of upcoming depositions and follow up fact investigation and positions in response to Plaintiff's positions. | 6.80 |
| 10/10/08 | *Bruce Olson*<br>Review documents produced by Union | 2.60 |
| 10/10/08 | *Brian Schwartz*<br>Continue to draft objections and responses to Plaintiffs' Requests for Admissions. | 2.60 |
| 10/13/08 | *Charles Mishkind*<br>Continue detailed review of Company and Union documents and exhibits in preparation for upcoming depositions and motion practice. | 7.20 |
| 10/13/08 | *Bruce Olson*<br>Review documents produced by Union | 3.40 |
| 10/13/08 | *Brian Schwartz*<br>Telephone call with Mr. Warren and Mr. Olsen regarding Plaintiffs' counsel's review of documents and continue to review documents produced by Plaintiffs. | 1.40 |
| 10/13/08 | *Richard Warren*<br>Review and analysis of Plaintiffs' Reply in Support of Request for Jury Demand. | 0.60 |
| 10/14/08 | *Charles Mishkind*<br>Continue detailed review and dictate notes regarding review of company records and docket union records in preparation for depositions and motion practice. | 6.80 |
| 10/14/08 | *Bruce Olson*<br>Obtain/review court records and pleadings on Koehler embezzlement conviction | 2.10 |
| 10/14/08 | *Joseph Uhl*<br>Review Union documents. | 6.70 |
| 10/14/08 | *Richard Warren*<br>Conference call with Sandy Mishkind to discuss strategy for depositions of Plaintiffs' witnesses, and to discuss structure of Report Out documents and their impact on Defendants' forthcoming Motion for Summary Judgment. | 0.80 |

November 10, 2008                                    **Invoice # 983587**

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 10/15/08 | *Dawn Marshall*<br>Review documents potentially responsive to Plaintiff's discovery requests. | 5.10 |
| 10/15/08 | *Charles Mishkind*<br>Review company records, records produced by the union, multiple telephone conversations with Ms. Neyens and dictate correspondence to Kobelt regarding depositions. | 6.20 |
| 10/15/08 | *Joseph Uhl*<br>Review Union documents. | 3.80 |
| 10/16/08 | *Dawn Marshall*<br>Review documents potentially responsive to Plaintiff's discovery requests. | 4.10 |
| 10/16/08 | *Charles Mishkind*<br>Review company and union records and dictate memos regarding same. | 5.80 |
| 10/16/08 | *Brian Schwartz*<br>Telephone call with Mr. Mishkind regarding requests for admissions and deposition strategy.  Continue to review documents produced by Plaintiffs.  Revise responses to Plaintiffs' First Set of Requests for Admission.  Telephone call with Mr. Warren and Mr. Mishkind discussing Plaintiffs' review of company documents, issues with Plaintiffs' discovery responses  and deposition strategy. | 6.30 |
| 10/16/08 | *Joseph Uhl*<br>Review Union documents. | 2.80 |
| 10/16/08 | *Richard Warren*<br>Conference call with Sandy Mishkind to discuss strategy for depositions; Draft and revise correspondence to Deb Neyens providing update regarding Plaintiffs' inspection of the Company's documents. | 0.70 |
| 10/17/08 | *Dawn Marshall*<br>Review documents potentially responsive to Plaintiff's discovery requests. | 3.10 |
| 10/17/08 | *Charles Mishkind*<br>Review company records and union records and pleadings. | 7.30 |
| 10/17/08 | *Bruce Olson*<br>Draft deposition notices to Union employees including revised document requests. | 2.10 |
| 10/17/08 | *Brian Schwartz*<br>Continue to review documents produced by Plaintiffs. | 1.80 |
| 10/17/08 | *Joseph Uhl*<br>Review Union documents | 4.30 |

November 10, 2008                                        **Invoice # 983587**

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 10/18/08 | *Brian Schwartz*<br>Continue to review documents produced by Plaintiffs. | 1.30 |
| 10/19/08 | *Brian Schwartz*<br>Continue to review documents produced by Plaintiffs. | 0.80 |
| 10/20/08 | *Dawn Marshall*<br>Review documents potentially responsive to Plaintiff's discovery requests. | 7.00 |
| 10/20/08 | *Charles Mishkind*<br>Continue review of company and union records in preparation for depositions and motion practice. | 4.80 |
| 10/20/08 | *Bruce Olson*<br>Work on revisions to Deposition Notices to Union Deponents and serve on Attorney Kobelt. Work on Subpoena to Mr. Koehler and contact local process server in Madison. | 2.30 |
| 10/20/08 | *Brian Schwartz*<br>Identify additional plan documents to produce to Plaintiffs and review documents produced by Plaintiffs. | 5.40 |
| 10/21/08 | *Dawn Marshall*<br>Review documents potentially responsive to Plaintiff's discovery requests. | 4.10 |
| 10/21/08 | *Bruce Olson*<br>Review Union documents produced in Discovery | 3.20 |
| 10/21/08 | *Richard Warren*<br>Draft and revise correspondence to Kurt Kobelt regarding depositions. | 0.20 |
| 10/22/08 | *Dawn Marshall*<br>Review documents potentially responsive to Plaintiff's discovery requests. | 4.70 |
| 10/22/08 | *Charles Mishkind*<br>Work on discovery issues and telephone call with Mr. Kobelt. | 0.50 |
| 10/22/08 | *Bruce Olson*<br>Work on notebook of Mr. Mishkind's memos on Complaint, Discovery and Summary Judgment motions for use in discovery. [No Charge - .50] | 0.00 |
| 10/22/08 | *Bruce Olson*<br>Review Union Documents produced in Discovery | 6.80 |
| 10/22/08 | *Brian Schwartz*<br>Review documents tagged by Plaintiff's counsel for production | 1.10 |
| 10/23/08 | *Charles Mishkind*<br>Work on discovery issues and deposition strategy. | 0.70 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

November 10, 2008

Invoice # 983587

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 10/23/08 | *Bruce Olson*<br>Review Union Documents produced in Discovery | 5.40 |
| 10/23/08 | *Brian Schwartz*<br>Continue to review documents tagged by Plaintiffs' counsel for production. | 1.20 |
| 10/24/08 | *Dawn Marshall*<br>Review documents potentially responsive to Plaintiff's discovery requests. | 5.70 |
| 10/24/08 | *Bruce Olson*<br>Office conference with Mr. Mishkind regarding serving Mr. Koehler, telephone conversation with process server in Wisconsin, and send subpoena to him. | 0.40 |
| 10/24/08 | *Bruce Olson*<br>Review Documents produced in Discovery | 4.50 |
| 10/24/08 | *Brian Schwartz*<br>Continue to review documents produced by Plaintiffs. Revise responses to Plaintiffs' Requests for Admissions. Review letters sent to retirees prior to their retirement prior to their production to Plaintiffs. | 4.60 |
| 10/26/08 | *Brian Schwartz*<br>Work on draft outline for Tony Bartels' Deposition and continue to review documents produced by Plaintiffs. | 2.70 |
| 10/27/08 | *Charles Mishkind*<br>Continue to review Company and Union records in preparation for upcoming depositions and responses to interrogatories and admissions; review initial draft prepared by Mr. Schwartz for Responses to Admissions. | 6.70 |
| 10/27/08 | *Bruce Olson*<br>Review Union Documents produced in Discovery | 6.10 |
| 10/27/08 | *Brian Schwartz*<br>Review Mr. Mishkind's memoranda analyzing pleadings. Telephone call with Mr. Mishkind discussing depositions and plan documents. Review documents produced by Plaintiffs. | 4.40 |
| 10/27/08 | *Joseph Uhl*<br>Review Union documents | 4.30 |
| 10/28/08 | *Charles Mishkind*<br>Continue to review volumous Company and Union records in preparation for upcoming depositions and further review of request to admit. | 5.90 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

November 10, 2008                                          **Invoice # 983587**

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 10/28/08 | *Bruce Olson*<br>Review Union Documents produced in Discovery | 6.40 |
| 10/28/08 | *Brian Schwartz*<br>Review Court Order granting jury trial. Draft e-mail to Ms. Neyens regarding communications to retirees. Continue to review documents produced by Plaintiffs. | 2.70 |
| 10/28/08 | *Joseph Uhl*<br>Review documents | 1.70 |
| 10/29/08 | *Charles Mishkind*<br>Review Court's Scheduling Order and Opinion regarding jury trial issues and continue to review documents in preparation for depositions along with multiple telephone internal and telephone calls with Mr. Benson and Ms. Neyens regarding discovery and upcoming depositions and related strategy issues. | 6.60 |
| 10/29/08 | *Charles Mishkind*<br>Lengthy conference call with Ms. Neyens, Ms. Swan and Ms. Rosen regarding Koehler deposition and case status. | 0.90 |
| 10/29/08 | *Bruce Olson*<br>Review Union Documents produced in Discovery | 4.70 |
| 10/29/08 | *Saura Sahu*<br>Review and analyze jury-trial order and issues relating to potential interlocutory appeal | 1.50 |
| 10/29/08 | *Saura Sahu*<br>Draft and revise memorandum concerning issues, next steps and possible appeal relating to Court's jury-trial order | 2.90 |
| 10/29/08 | *Brian Schwartz*<br>Continue to review documents produced by Plaintiffs. Telephone call with Mr. Mishkind regarding jury trial order. Continue to draft outline for Tony Bartels deposition. Review and respond to e-mails regarding depositions, discovery issues and jury trial Order. | 7.30 |
| 10/29/08 | *Joseph Uhl*<br>Review documents | 6.80 |
| 10/29/08 | *Richard Warren*<br>Conference with Sandy Mishkind to discuss strategy for depositions of union officials and potential interlocutory appeal of jury trial decision. | 0.30 |

November 10, 2008                                            **Invoice # 983587**

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 10/30/08 | *Charles Mishkind*<br>Work on draft letter to Kobelt regarding 30(b)(6) depositions and memo to Ms. Neyens regarding same, discuss internally and with Mr. Benson and Ms. Neyens approach to addressing jury trial issues, possible appeal and continue to review documents and prepare for depositions. | 7.20 |
| 10/30/08 | *Charles Mishkind*<br>Review initial draft prepared by Mr. Schwartz of Company response to request for admissions and response to interrogatories; continue to review company and union records in preparations for upcoming depositions. | 5.80 |
| 10/30/08 | *Bruce Olson*<br>Work on materials regarding 30(b)(6) Depositions including e-mail to Ms. Neyens and preparation for telephone conference with Ms. Neyens | 2.10 |
| 10/30/08 | *Saura Sahu*<br>Analyze issues regarding next steps after jury-trial order per C. Mishkind and B. Schwartz | 0.30 |
| 10/30/08 | *Brian Schwartz*<br>Prepare additional documents for production to Plaintiffs. Continue to draft outline for Tony Bartels' deposition. Identify exhibits for Tony Bartels' deposition. Telephone call with Joe Olson regarding Plaintiffs' counsel's review of documents. Telephone call with Ms. Neyens and Mr. Mishkind discussing depositions, jury trial order and discovery responses. Telephone call with Mr. Mishkind and Mr. Benson discussing possibility of interlocutory appeal. Edit responses to Plaintiffs' Requests for Admissions. Review Tony Bartels' personnel file. Review and respond to e-mails regarding various discovery-related issues. | 9.30 |
| 10/30/08 | *Joseph Uhl*<br>Review documents. | 3.80 |
| 10/31/08 | *Charles Mishkind*<br>Continue to review volumous amounts of Company and Union records in preparation for depositions, also continue to review latest draft of request to admit and multiple calls with Ms. Neyens and Mr. Kobelt regarding 30(b)(6) depositions and designees; also work on outline and strategy regarding motion for interlocutory appeal on jury trial issue. | 7.40 |
| 10/31/08 | *Saura Sahu*<br>Research then draft/revise Motion and Brief to Certify 10/28/08 Order for Interlocutory Appeal | 5.90 |
| 10/31/08 | *Saura Sahu*<br>Draft, review and revise Defendants' discovery requests | 1.80 |

*Attorney-Client/Attorney Work Product Privileged*

November 10, 2008                                                    **Invoice # 983587**

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 10/31/08 | *Brian Schwartz*<br>Finalize production of documents to Plaintiffs. Draft letter to Plaintiffs' counsel regarding document production and protective order. Continue to draft outline for Tony Bartels deposition. Review motion to certify order for interlocutory appeal. Telephone call with Mr. Benson and Mr. Mishkind discussing interlocutory appeal of jury trial order. Lengthy telephone call with Mr. Mishkind revising responses to Requests for Admissions. Continue to review documents produced by Plaintiffs. Review Plaintiffs' discovery answers for use in upcoming depositions. | 7.80 |
| 10/31/08 | *Joseph Uhl*<br>Review documents | 6.40 |

**FEES DUE THIS MATTER** ................................................. **$ 76,167.00**

## MATTER TIMEKEEPER SUMMARY

| Timekeeper | | Hours | Rate | Value |
|------------|--|-------|------|-------|
| Marshall, Dawn E. | | 36.60 | 185.00 | 6,771.00 |
| Mishkind, Charles S. | | 120.60 | 245.00 | 29,547.00 |
| Olson, Bruce D. | | 0.00 | 0.00 | 0.00 |
| Olson, Bruce D. | | 59.10 | 185.00 | 10,933.50 |
| Sahu, Saura J. | | 19.50 | 185.00 | 3,607.50 |
| Schwartz, Brian M. | | 84.90 | 185.00 | 15,706.50 |
| Uhl, Joseph W. | | 40.60 | 185.00 | 7,511.00 |
| Warren, Richard W. | | 11.30 | 185.00 | 2,090.50 |
| | Totals | 372.60  Hrs. | | $76,167.00 |

## COSTS

| | |
|--|--|
| Copying | 752.60 |
| Local travel - mileage | 15.21 |
| Local travel - parking | 66.59 |
| Meals | 254.27 |
| Online research | 46.40 |
| Other | |

*Attorney-Client/Attorney Work Product Privileged*

November 10, 2008                                    **Invoice # 983587**

|  |  |
|---|---:|
| VENDOR: Saura Sahu; INVOICE#: 09/30/08; DATE: 9/30/2008 - Second Review of documents in Madison, Wisconsin, August 24 - August 26, 2008. | 180.61 |
| PAYEE: Attoe-Watson & Company, Inc.; REQUEST#: 215446; DATE: 11/10/2008. - Fee to serve Subpoena on Michael Koehler | 260.50 |
| Out-of-town travel | 575.22 |
| Out-of-town travel - airfare | 1,297.00 |
| Out-of-town travel - lodging | 896.38 |
| Out-of-town travel - parking | 12.00 |
| Out-of-town travel - taxi | 60.00 |
| Postage | 69.49 |
| Witness fees | 79.78 |

**COSTS DUE THIS MATTER**............................................. **$ 4,566.05**

**TOTAL DUE THIS MATTER**............................................ **$ 80,733.05**

## Unpaid as of November 10, 2008

| Date | Invoice # | Balance |
|---|:---:|---:|
| 05/14/08 | 951436 | $ 5,365.50 |
| 10/08/08 | 975664 | $ 24,242.55 |

**TOTAL UNPAID FOR THIS MATTER** .......................... **$ 29,608.05**

**TOTAL NOW DUE THIS MATTER**................................. **$ 110,341.10**

**TOTAL DUE FOR INVOICE #983587**
**INCLUDING PREVIOUS BALANCE** ............................... **$ 110,341.10**

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #985232**
when remitting payment.

December 3, 2008

For professional services rendered through
November 30, 2008 in connection with the following—

**Re:**    **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

---

FEES BILLED THIS INVOICE.......................................................    $ 74,660.50

COSTS BILLED THIS INVOICE....................................................    $ 4,450.99

TOTAL DUE ..................................................................................    $ 79,111.49

**TOTAL DUE INCLUDING ACCOUNTS RECEIVABLE.........**    **$ 168,390.54**

**PAYMENT OPTIONS:**

**CHECK**    Payable To:  Miller, Canfield, Paddock and Stone
P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**    Comerica Bank   ABA#:
Swift Code:              (for international wires only)
Account #:

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #985232**
when remitting payment.

December 3, 2008

For professional services rendered through
November 30, 2008 in connection with the following—

**Re:** **The Local 965 v. Alliant Energy et al Litigation**
Client/Matter #133867/00001

## FEES

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 11/02/08 | *Saura Sahu*<br>Review and revise motion and brief seeking certification of Court's 10/28/08 Order for interlocutory appeal | 0.60 |
| 11/02/08 | *Brian Schwartz*<br>Revise responses to Plaintiffs' Requests for Admissions; continue to draft outline for Tony Bartels' deposition; review Michael Koehler's personnel and retiree files to prepare for upcoming deposition; begin to draft outline for Michael Koehler's deposition. | 5.40 |
| 11/03/08 | *Dawn Marshall*<br>Review documents potentially responsive to Plaintiffs' discovery requests. | 5.60 |
| 11/03/08 | *Charles Mishkind*<br>Continue to review documents from Union and Company in preparation of upcoming depositions and review latest draft of Admissions; multiple internal and external telephone calls with Ms. Neyens and Mr. Benson regarding interlocutory jury appeal, document review, 30(b)(6) designations and depositions. | 6.20 |
| 11/03/08 | *Bruce Olson*<br>Review records and prepare for review of records reviewed by plaintiffs' counsel. | 5.20 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

December 3, 2008                                          **Invoice # 985232**

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 11/03/08 | *Saura Sahu*<br>Review and revise motion and brief in support of certification for interlocutory appeal | 0.80 |
| 11/03/08 | *Brian Schwartz*<br>Multiple telephone calls with Ms. Neyens regarding review of Company documents in Madison;  multiple telephone calls with Mr. Mishkind discussing responses to Request for Admissions;  telephone call with Mr. Benson discussing Local Rules regarding responding to interrogatories;  telephone call with Ms. Neyens, Mr. Mishkind and Mr. Warren discussing 30(b)(6) designees;  continue to review documents produced by Plaintiffs;  continue to draft outline for Michael Koehler's deposition;  revise responses to Requests for Admissions. | 6.30 |
| 11/03/08 | *Joseph Uhl*<br>Review Company documents potentially responsive to plaintiffs' document request. | 6.10 |
| 11/04/08 | *Charles Mishkind* | 7.10 |
| 11/04/08 | *Bruce Olson*<br>Review company bargaining records with Union at Corporate Headquarters. | 10.20 |
| 11/04/08 | *Saura Sahu*<br>Review and revise motion to certify interlocutory appeal per Mr. Mishkind's comments. | 0.50 |
| 11/04/08 | *Brian Schwartz*<br>Multiple telephone calls with Mr. Mishkind discussing preparations for depositions;  telephone call with Ms. Neyens, Mr. Warren and Mr. Mishkind discussing various discovery issues;  continue to review documents produced by Plaintiffs;  continue to revise outlines for deposition of Tony Bartels and Michael Koehler;  revise responses to Plaintiffs' Requests for Admissions. | 4.70 |
| 11/04/08 | *Joseph Uhl*<br>Review Company documents for possible production to plaintiff. | 7.60 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

December 3, 2008                                    **Invoice # 985232**

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 11/04/08 | *Richard Warren*<br>Communicate with opposing counsel regarding discovery requests; conference call with Deb Neyens to discuss strategy for responding to Kobelt's discovery request. | 0.80 |
| 11/05/08 | *Dawn Marshall*<br>Continue to review documents potentially responsive to Plaintiffs' discovery requests. | 5.50 |
| 11/05/08 | *Charles Mishkind*<br>Review and revise latest draft of motion for interlocutory appeal on jury trial issue; multiple telephone calls with Mr. Kobelt regarding same; review and revise latest of responses of answers to Admissions, discuss with Mr. Schwartz and finalize same. | 1.60 |
| 11/05/08 | *Charles Mishkind* | 6.80 |
| 11/05/08 | *Bruce Olson*<br>Continue to review Company bargaining records with Union at Corporate Headquarters. Review binder of union early retirement program offers from the 1990s. Review retirement files with Deb Ramharter requested by Union counsel. Office conference with Mr. Schwartz regarding same. | 10.60 |
| 11/05/08 | *Saura Sahu*<br>Revise, finalize and prepare for filing the motion and brief for certification interlocutory appeal per Mr. Mishkind. | 1.20 |
| 11/05/08 | *Brian Schwartz*<br>Draft letter to Plaintiffs' counsel regarding Plaintiffs' request for communications sent to class members; revise responses to Plaintiffs' requests for admissions; multiple telephone calls with Mr. Mishkind discussing requests for admissions and upcoming depositions; continue to review documents produced by Plaintiffs; telephone call with Ms. Ramharter discussing the dissemination summary plan descriptions; review historical attorney-client memoranda received from Ms. Neyens regarding retiree health benefits; draft outline for Michael Pyne's deposition; revise outline for Tony Bartels' deposition. | 8.70 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

December 3, 2008            **Invoice # 985232**

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 11/06/08 | *Charles Mishkind*<br>Review latest communications from Kobelt regarding discovery and document review and final versions of request to admit, also continue to review documents and deposition outlines in preparation for upcoming depositions. | 6.90 |
| 11/06/08 | *Bruce Olson*<br>Complete review of Company bargaining records with Union at Corporate Headquarters. | 14.30 |
| 11/06/08 | *Brian Schwartz* | 9.00 |
| 11/06/08 | *Joseph Uhl*<br>Review Company documents for possible production to plaintiffs' counsel. | 6.30 |
| 11/07/08 | *Brian Schwartz*<br>Telephone call with Deb Ramharter regarding production of documents for inspection;  telephone call with Mr. Mishkind and Mr. Benson regarding Plaintiffs' counsel's discovery demands;  continue to review documents produced by Plaintiffs. | 2.00 |
| 11/07/08 | *Joseph Uhl*<br>Review Company documents for possible production to plaintiffs' counsel. | 5.90 |
| 11/09/08 | *Brian Schwartz*<br>Continue to review documents produced by Plaintiffs. | 2.90 |
| 11/10/08 | *Bruce Olson*<br>Work on deposition preparation including use of documents reviewed at Alliant headquarters.  Discuss same with Mr. Schwartz. | 1.10 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

December 3, 2008                                     **Invoice # 985232**

| Date | Timekeeper/Description | Hours |
| --- | --- | --- |
| 11/10/08 | *Brian Schwartz*<br>Draft and revise letter to Plaintiffs' counsel regarding discovery and depositions; telephone call with Mr. Mishkind regarding upcoming depositions; review Wisconsin Power and Light historical negotiating documents; draft e-mail to Ms. Neyens regarding Union review of summary plan descriptions; continue to prepare for deposition, identifying additional documents for potential exhibits. | 5.30 |
| 11/10/08 | *Joseph Uhl*<br>Review Company documents for possible production to plaintiffs' counsel. | 5.50 |
| 11/11/08 | *Charles Mishkind*<br>Prepare for depositions. | 8.90 |
| 11/11/08 | *Bruce Olson*<br>Work on deposition preparation including exhibit notebook for Mr. Mishkind. Telephone conversation with Mr. Mishkind regarding same and additional materials needed. | 3.10 |
| 11/11/08 | *Brian Schwartz*<br>Multiple telephone calls with Mr. Mishkind regarding upcoming depositions; revise outlines and identify additional exhibits for upcoming depositions; review and respond to e-mails regarding document production and upcoming depositions; review Wisconsin Power and Light historical negotiating documents. | 4.50 |
| 11/12/08 | *Charles Mishkind*<br>Prepare for upcoming deposition of Mr. Koehler. | 6.20 |
| 11/12/08 | *Bruce Olson*<br>Work on deposition preparation, review and discuss additional records received from Ms. Lorretta Alderson at Alliant Headquarters and discuss them with Mr. Schwartz. | 0.30 |
| 11/12/08 | *Brian Schwartz*<br>Review and respond to e-mails regarding production of documents; review letter from Plaintiffs' counsel regarding production of documents; prepare for depositions and meet with Mr. Mishkind preparing for deposition of Michael Koehler and Michael Pyne. | 7.60 |
| 11/12/08 | *Joseph Uhl*<br>Review Company documents for possible production to plaintiffs' counsel. | 7.90 |
| 11/13/08 | *Charles Mishkind*<br>Take deposition of Mr. Koehler and prepare for deposition of Mr. Pyne. | 13.90 |

December 3, 2008                                                 **Invoice # 985232**

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 11/13/08 | *Brian Schwartz*<br>Attend deposition of Michael Koehler;  prepare list of areas to review with Deb Ramharter. Mark Thompson and Marcia Whelan prior to their depositions. | 11.30 |
| 11/14/08 | *Charles Mishkind*<br>Prepare for and take the deposition of Mr. Pyne. | 12.30 |
| 11/14/08 | . | 4.40 |
| 11/15/08 | *Brian Schwartz*<br>Prepare for deposition preparation sessions with Mark Thompson, Deb Ramharter and Marcia Whelan. | 0.90 |
| 11/16/08 | *Charles Mishkind*<br>Prepare for 30(b)(6) deposition of Tony Bartels. | 5.90 |
| 11/16/08 | *Brian Schwartz*<br>Review additional retiree communications identified by Loretta Alderson prior to production to Plaintiffs. | 1.10 |
| 11/16/08 | *Brian Schwartz*<br>Finalize parparation for Bartles' deposition. | 2.40 |
| 11/17/08 | *Charles Mishkind*<br>Take Bartles deposition and prepare for Reents deposition. | 9.60 |
| 11/17/08 | *Brian Schwartz*<br>Prepare for Tony Bartels' deposition;  attend deposition of Tony Bartels; review 2003 negotiations documents for documents to use during Shawn Reents deposition. | 11.60 |
| 11/18/08 | *Charles Mishkind*<br>Take Reents deposition and prepare Mr. Thompson for his deposition. | 8.80 |
| 11/18/08 | *Brian Schwartz*<br>Attend Shawn Reents deposition and prepare Mark Thompson for his deposition. | 8.70 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

December 3, 2008                                    **Invoice # 985232**

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 11/19/08 | *Charles Mishkind*<br>Complete deposition preparation of Mr. Thompson and prepare Deb Ramharter and Marcia Whalen for their depositions. | 8.30 |
| 11/19/08 | *Brian Schwartz*<br>Continue preparing Mark Thompson for his deposition and prepare Marcia Whelan and Deb Ramharter for their depositions; rlight from Madison to Detroit and travel from airport. | 10.90 |
| 11/20/08 | *Charles Mishkind*<br>Defend deposition of Mark Thompson. | 9.20 |
| 11/20/08 | *Brian Schwartz*<br>Multiple telephone calls with Mr. Mishkind discussing deposition of Mark Thompson. | 0.30 |
| 11/21/08 | *Charles Mishkind*<br>Defend depositions of Marcia Whelan and Deb Ramharter. | 13.60 |
| 11/21/08 | *Brian Schwartz*<br>Draft letter to Plaintiffs' counsel regarding production of book of knowledge and additional documents; review "information please" books received from Deb Ramharter; review binder regarding Open Window retirement programs; review Mick Koehler deposition transcript; draft outline of arguments in brief in support of motion for summary judgment. | 5.10 |
| 11/24/08 | *Charles Mishkind*<br>Review notes of depositions and outline of dispositive motion; calls with Mr. Thompson and Ms. Neyens regarding depositions and strategize regarding same; legal research regarding past practice. | 4.80 |
| 11/24/08 | *Brian Schwartz*<br>Review and summarize transcript from Michael Pyne's deposition; telephone call with Mr. Mishkind discussing depositions of Marcia Whelan and Deb Ramharter; telephone call with Deb Ramharter discussing Plaintiffs request for additional SPDs; review additional document produced by Plaintiffs from Holly Kaiser's negotiation files. | 3.40 |
| 11/25/08 | *Charles Mishkind*<br>Review numerous documents for dispositive motion; calls with Kobelt and Bensen regarding discovery; review/evaluate plaintiffs' brief opposing interlocutory appeal on jury trial issue. | 5.60 |
| 11/25/08 | *Brian Schwartz*<br>Draft outline of arguments for brief in support of motion for summary judgment; review employee handbooks received from Deb Ramharter. | 1.00 |

December 3, 2008                                                         **Invoice # 985232**

| Date | Timekeeper/Description | Hours |
|---|---|---|
| 11/26/08 | *Charles Mishkind*<br>Continue to review records and earlier dispositive motion/opinion in preparation for drafting dispositive motion, post discovery. | 4.50 |
| 11/26/08 | *Saura Sahu*<br>Read, analyze and research Plaintiffs' response to motion for interlocutory appeal and cited authority; draft memorandum-email with comments regarding reply to same | 1.30 |

**FEES DUE THIS MATTER**................................................. **$ 74,660.50**

## MATTER TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Marshall, Dawn E. | 11.10 | 185.00 | 2,053.50 |
| Mishkind, Charles S. | 140.20 | 245.00 | 34,349.00 |
| Olson, Bruce D. | 44.80 | 185.00 | 8,288.00 |
| Sahu, Saura J. | 4.40 | 185.00 | 814.00 |
| Schwartz, Brian M. | 117.50 | 185.00 | 21,737.50 |
| Uhl, Joseph W. | 39.30 | 185.00 | 7,270.50 |
| Warren, Richard W. | 0.80 | 185.00 | 148.00 |
| Totals | 358.10 Hrs. | | $74,660.50 |

## COSTS

| | |
|---|---|
| Copying | 1,145.80 |
| Meals | 147.41 |
| Out-of-town travel - airfare | 2,335.00 |
| Out-of-town travel - lodging | 616.78 |
| Out-of-town travel - parking | 32.00 |
| Out-of-town travel - taxi | 174.00 |

**COSTS DUE THIS MATTER**............................................. **$ 4,450.99**

December 3, 2008                                                          **Invoice # 985232**

**TOTAL DUE THIS MATTER**............................................ **$ 79,111.49**

### Unpaid as of December 3, 2008

| Date | Invoice # | Balance |
|------|-----------|---------|
| 10/08/08 | 975664 | $ 8,546.00 |
| 11/10/08 | 983587 | $ 80,733.05 |

**TOTAL UNPAID FOR THIS MATTER** .......................... **$ 89,279.05**

**TOTAL NOW DUE THIS MATTER**................................. **$ 168,390.54**

**TOTAL DUE FOR INVOICE #985232**
**INCLUDING PREVIOUS BALANCE** ............................... **$ 168,390.54**

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #990129**
when remitting payment.

January 15, 2009

For professional services rendered through
December 31, 2008 in connection with the following—

**Re:**   **The Local 965 v Alliant Energy et al Litigation**
Client/Matter #133867/00001

---

FEES BILLED THIS INVOICE.......................................................  $ 53,767.50

COSTS BILLED THIS INVOICE...................................................  $ 5,248.43

TOTAL DUE ..............................................................................  $ 59,015.93

**TOTAL DUE INCLUDING ACCOUNTS RECEIVABLE.........   $ 67,561.93**

**PAYMENT OPTIONS:**

**CHECK**   Payable To:  Miller, Canfield, Paddock and Stone
P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**   Comerica Bank   ABA#:
Swift Code:                    (for international wires only)
Account #:

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #990129**
when remitting payment.

January 15, 2009

For professional services rendered through
December 31, 2008 in connection with the following—

**Re:**     **The Local 965 v Alliant Energy et al Litigation**
Client/Matter #133867/00001

## FEES

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 12/01/08 | *Steven Kahn*<br>Teleconference with Mr. Mishkind regarding right to unilaterally require existing retirees to pay more for health insurance than activities despite past practice of parity; begin research regarding foregoing. | 1.80 |
| 12/01/08 | *Charles Mishkind*<br>Call with Mr. Kahn regarding unilateral implementation issue. | 0.20 |
| 12/01/08 | *Charles Mishkind*<br>Review depositions of Bartels and Koehler. | 5.90 |
| 12/01/08 | *Saura Sahu*<br>Draft and revise portions of memorandum regarding impact of individual retiree letters on benefit rights | 3.20 |
| 12/01/08 | *Saura Sahu*<br>Research impact of retiree letters on benefit rights | 3.60 |
| 12/01/08 | *Brian Schwartz*<br>Review "Information Please" booklets and dental documents prior to production to Plaintiffs' counsel.   Review and respond to emails from Deb Ramharter regarding "Information Please" handbooks. | 2.10 |

January 15, 2009                                          **Invoice # 990129**

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 12/02/08 | *Steven Kahn*<br>Continue to research issues, relationship between mandatory and permissive subjects of bargaining, and the linkage theory. | 5.30 |
| 12/02/08 | *Dawn Marshall*<br>Review additional documents potentially responsive to Plaintiffs' document requests. | 2.10 |
| 12/02/08 | *Charles Mishkind*<br>Discuss with Mr. Schwartz content/approach of summary judgment brief. | 0.40 |
| 12/02/08 | *Charles Mishkind*<br>Review depositions of Reents and Pyne, including exhibits. | 7.80 |
| 12/02/08 | *Saura Sahu*<br>Review and revise memorandum as to impact of individual letters on benefit rights | 2.30 |
| 12/02/08 | *Saura Sahu*<br>Research other-circuit authority as to impact of individual letters on benefit rights | 1.20 |
| 12/02/08 | *Brian Schwartz*<br>Telephone call with Mr. Mishkind regarding summary judgment brief. Telephone call with court reporter regarding deposition transcripts. Review Tony Bartels' deposition transcript. Review "Book of Knowledge" produced by Plaintiffs. | 2.90 |
| 12/03/08 | *Steven Kahn*<br>Complete Pittsburgh Plate Glass research; begin drafting memorandum regarding foregoing. | 4.70 |
| 12/03/08 | *Charles Mishkind*<br>Prepare for and participate in telephone conference with Ms.Neyens, Mark Thompson, Deb Ramharter and Marcia Whelan. | 0.90 |
| 12/03/08 | *Charles Mishkind*<br>Review deposition transcripts of Mr. Thompson, Ms. Whelan and Ms. Ramharter and related exhibits. | 5.60 |
| 12/03/08 | *Saura Sahu*<br>Review and analyze issues regarding reply brief on motion to certify interlocutory appeal on jury trial issue | 0.20 |
| 12/03/08 | *Saura Sahu*<br>Research and analyze Judge Stadtmueller's opinions on issues related to retiree letters | 0.70 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

January 15, 2009                                              **Invoice # 990129**

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 12/03/08 | *Saura Sahu*<br>Draft and revise memorandum as to impact of retiree letters on plan documents. | 0.90 |
| 12/03/08 | *Brian Schwartz*<br>Continue to review "Book of Knowledge" produced by Local 965. Telephone call with Ms. Neyens, Mr. Thompson, Ms. Ramharter, Ms. Whelan, Ms. Alderson and Mr. Mishkind. Review and summarize transcript from Tony Bartels' deposition. Review and summarize transcript from Mark Thompson's deposition. | 5.80 |
| 12/04/08 | *Charles Mishkind*<br>Strategize regarding contents of brief; dictate and revise letter and accompanying outline to Ms. Neyens regarding dispositive motion to be provided to Ms. Swan. | 2.90 |
| 12/04/08 | *Charles Mishkind*<br>Review case law relevant to dispositive motion. | 1.20 |
| 12/04/08 | *Brian Schwartz*<br>Continue to review and summarize Mark Thompson's deposition transcript. Review memorandum analyzing letters received by class members. Multiple telephone calls with Mr. Mishkind discussing arguments in summary judgment brief. Work on initial draft of brief in support of motion for summary judgment. | 7.20 |
| 12/05/08 | *Charles Mishkind*<br>Review and revise draft of reply brief dealing with interlocutory jury appeal issue and discuss same with Mr. Sahu. | 1.70 |
| 12/05/08 | *Charles Mishkind*<br>Continue to review cases and outline arguments for summary judgment. | 3.60 |
| 12/05/08 | *Saura Sahu*<br>Review and analyze opening and response briefs in preparation for reply brief supporting certification of interlocutory appeal | 0.40 |
| 12/05/08 | *Saura Sahu*<br>Research support for reply brief for certification of interlocutory appeal | 0.90 |
| 12/05/08 | *Brian Schwartz*<br>Continue to draft Brief in support of Motion for Summary Judgment. | 4.90 |
| 12/06/08 | *Steven Kahn*<br>Continue draft of memorandum. | 4.50 |
| 12/07/08 | *Steven Kahn*<br>Complete drafting and revising memorandum. | 4.20 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

January 15, 2009                                            **Invoice # 990129**

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 12/07/08 | *Brian Schwartz*<br>Review and summarize transcript from Shawn Reents' deposition.<br>Review and summarize transcript from Deb Ramharter's deposition.<br>Review and summarize transcript from Marcia Whelan's deposition.<br>Continue to draft Brief in support of Motion for Summary Judgment. | 3.90 |
| 12/08/08 | *Charles Mishkind*<br>Work on dispositive motion (including reviewing records, multiple conferences internally and externally with client), review depositions and work on draft and revisions to brief. | 6.80 |
| 12/08/08 | *Saura Sahu*<br>Review and analyze authority for reply brief as to jury certification issues | 0.50 |
| 12/08/08 | *Saura Sahu*<br>Draft and revise Brief in support of certification for interlocutory appeal | 4.40 |
| 12/08/08 | *Brian Schwartz*<br>Continue to draft Brief in support of Motion for Summary Judgment and work on draft of proposed findings of fact. | 6.60 |
| 12/09/08 | *Charles Mishkind*<br>Work on dispositive motion (including reviewing records, multiple conferences internally and externally with client), review depositions and work on draft and revisions to interlocutory reply brief. | 7.10 |
| 12/09/08 | *Saura Sahu*<br>Review, revise, finalize and file reply brief regarding interlocutory appeal | 1.10 |
| 12/09/08 | *Brian Schwartz*<br>Continue to revise and edit Brief in support of Motion for Summary Judgment and Proposed Findings of Fact   Multiple telephone calls with Mr. Mishkind discussing summary judgment filings.  Review Reply Brief in support of request for interlocutory appeal. | 4.30 |
| 12/10/08 | *Charles Mishkind*<br>Work on dispositive motion (including reviewing records, multiple conferences internally and externally with client). | 6.80 |
| 12/11/08 | *Charles Mishkind*<br>Work on dispositive motion (including reviewing records, multiple conferences internally and externally with client), review depositions. | 4.80 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

January 15, 2009          **Invoice # 990129**

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 12/11/08 | *Brian Schwartz*<br>Telephone call with Mr. Mishkind editing Brief in Support of Motion for Summary Judgment. Review and edit Brief in Support of Motion for Summary Judgment and Proposed Findings of Fact. Draft Motion for Summary Judgment. | 6.80 |
| 12/12/08 | *Charles Mishkind*<br>Continue Work on dispositive motion (including reviewing records, multiple conferences internally and externally with client). | 7.20 |
| 12/12/08 | *Charles Mishkind*<br>Review court's decision on request for interlocutory appeal of jury issue and discuss with Ms. Neyens. | 0.60 |
| 12/12/08 | *Brian Schwartz*<br>Multiple telephone calls with Mr. Mishkind revising and editing Brief in Support of Motion for Summary Judgment. Continue to revise and edit Brief in Support of Motion for Summary Judgment. Continue to revise and edit Proposed Findings of Fact. Research case law to support Brief in Support of Motion for Summary Judgment. Identify exhibits to support Motion for Summary Judgment. | 8.30 |
| 12/14/08 | *Brian Schwartz*<br>Continue to revise and edit proposed findings of fact. Draft affidavit attaching exhibits. Continue to identify exhibits to support Motion for Summary Judgment. | 3.80 |
| 12/14/08 | *Richard Warren*<br>Review/revise latest draft of Brief in Support of Motion for Summary Judgment. | 1.10 |
| 12/15/08 | *Charles Mishkind*<br>Continue to work on draft of summary judgment motion and proposed findings of fact. | 7.10 |
| 12/15/08 | *Brian Schwartz*<br>Revise Motion for Summary Judgment. Multiple telephone calls with Mr. Mishkind discussing revisions to the Company's Brief in Support of its Motion for Summary Judgment. Continue to revise Brief in Support of its Motion for Summary Judgment. Continue to revise Proposed Findings of Fact. | 9.30 |
| 12/16/08 | *Dawn Marshall*<br>Review/identify documents potentially responsive to Plaintiffs' document requests. | 2.10 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

January 15, 2009 **Invoice # 990129**

| Date | Timekeeper/Description | Hours |
|---|---|---|
| 12/16/08 | *Charles Mishkind* <br> Continue to work on finalization of summary judgment brief and proposed findings of fact. | 6.40 |
| 12/16/08 | *Charles Mishkind* <br> Review plaintiff's motion and brief in support of summary judgment along with proposed of findings of fact; evaluate same. | 5.70 |
| 12/16/08 | *Charles Mishkind* <br> Read latest retiree insurance benefit decisions | 1.80 |
| 12/16/08 | *Charles Mishkind* <br> Internal discussions regarding approach to take in response brief. | 0.50 |
| 12/16/08 | *Brian Schwartz* <br> Revise, edit and finalize Motion for Summary Judgment, Brief in Support of Motion for Summary Judgment, Proposed Findings of Fact, and supporting Affidavits. Multiple telephone calls with Mr. Mishkind regarding revisions to Brief in Support of Motion for Summary Judgment. Telephone call with Mr. Benson regarding local summary judgment procedures. | 8.20 |
| 12/16/08 | *Richard Warren* <br> Revise proposed findings of fact and Brief in Support of Motion for Summary Judgment. | 1.40 |
| 12/17/08 | *Dawn Marshall* <br> Review/identify documents potentially responsive to Plaintiffs' document requests. | 2.60 |
| 12/17/08 | *Charles Mishkind* <br> Review records and transcripts in preparation for response to plaintiff's motion for summary judgment. | 4.80 |
| 12/17/08 | *Brian Schwartz* <br> Review Plaintiffs' Proposed Findings of Fact, Motion for Summary Judgment and Supporting Brief. Telephone call with Mr. Mishkind discussing Plaintiffs' Summary Judgment filings. Review case law to support arguments in response to Plaintiffs' Motion for Summary Judgment. | 2.50 |
| 12/18/08 | *Dawn Marshall* <br> Review/identify documents potentially responsive to Plaintiffs' document requests. | 4.80 |

- 6 -

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

January 15, 2009                                        **Invoice # 990129**

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 12/18/08 | *Brian Schwartz*<br>Draft list of issues to address in response to Plaintiffs' Motion for Summary Judgment. Review case law cited by Plaintiffs in their supporting Brief. | 2.50 |
| 12/18/08 | *Richard Warren*<br>Review and analysis of Plaintiffs' Motion for Summary Judgment. | 1.60 |
| 12/19/08 | *Brian Schwartz*<br>Begin work on initial draft of response to Plaintiffs' Proposed Findings of Fact. | 5.70 |
| 12/21/08 | *Brian Schwartz*<br>Continue to draft response to Plaintiffs' Proposed Findings of Fact. | 2.30 |
| 12/22/08 | *Charles Mishkind*<br>Discuss drafts of brief with Mr. Schwartz and research ratification by conduct issue. | 3.30 |
| 12/22/08 | *Brian Schwartz*<br>Multiple telephone calls with Mr. Mishkind discussing Plaintiffs' Motion for Summary Judgment. Continue to draft response to Plaintiffs' Proposed Findings of Fact. Draft outline of argument for response to Plaintiffs' Motion for Summary Judgment. | 3.30 |
| 12/26/08 | *Brian Schwartz*<br>Continue to draft and revise responses to Plaintiffs' Proposed Findings of Facts. Draft Response to Plaintiffs' Motion for Summary Judgment. | 4.60 |
| 12/29/08 | *Brian Schwartz*<br>Continue to draft Brief in response to Plaintiffs' Motion for Summary Judgment. | 3.40 |
| 12/30/08 | *Brian Schwartz*<br>Continue to draft response to Plaintiffs' Motion for Summary Judgment. | 4.70 |
| 12/31/08 | *Brian Schwartz*<br>Continue to draft Brief in Response to Plaintiffs' Motion for Summary Judgment. | 3.10 |

**FEES DUE THIS MATTER** ................................................ **$ 53,767.50**

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

**Invoice # 990129**

## MATTER TIMEKEEPER SUMMARY

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| Kahn, Steven C. | | 20.50 | 235.00 | 4,817.50 |
| Marshall, Dawn E. | | 11.60 | 185.00 | 2,146.00 |
| Mishkind, Charles S. | | 93.10 | 245.00 | 22,809.50 |
| Sahu, Saura J. | | 19.40 | 185.00 | 3,589.00 |
| Schwartz, Brian M. | | 106.20 | 185.00 | 19,647.00 |
| Warren, Richard W. | | 4.10 | 185.00 | 758.50 |
| | Totals | 254.90  Hrs. | | $53,767.50 |

## COSTS

| | |
|---|---|
| Copying | 431.40 |
| Deposition transcripts | 772.30 |
| Meals | 597.18 |
| Out-of-town travel | 487.47 |
| Out-of-town travel - airfare | 1,270.50 |
| Out-of-town travel - lodging | 1,689.58 |

**COSTS DUE THIS MATTER**............................................. **$ 5,248.43**

**TOTAL DUE THIS MATTER**............................................. **$ 59,015.93**

### Unpaid as of January 15, 2009

| Date | Invoice # | Balance |
|---|---|---|
| 10/08/08 | 975664 | $ 8,546.00 |

**TOTAL UNPAID FOR THIS MATTER** ........................... **$ 8,546.00**

**TOTAL NOW DUE THIS MATTER**................................. **$ 67,561.93**

**TOTAL DUE FOR INVOICE #990129**
**INCLUDING PREVIOUS BALANCE** .............................. **$ 67,561.93**

# V·E·R·B·A·T·I·M
### REPORTING, LIMITED

Miller, Canfield, Paddock & Stone
1200 Campau Square Plaza
99 Monroe Avenue, N.W.
Grand Rapids, MI 49503

ATTN: CHARLES MISHKIND, ATTORNEY

Leannah, et al. vs. Alliant Energy

**INVOICE NO. :** 43554
**INVOICE DATE:** 12/01/2008
**REPORTER:**
Lynn Schultz

**ID#** 13-4232114

| Date | Description | Amount |
|------|-------------|--------|
| 11/20/2008 | DEPOSITION TAKEN OF | |
| | MARK THOMPSON | |
| | | |
| | One Copy | 381.90 |
| | Shipping | 6.25 |
| | Exhibits | 33.60 |
| | e-transcript Conversion - N/C | |
| | Condensed Copy - N/C | |
| | | |
| | Thank you! | |

| | |
|---|---|
| **Sub Total** | 421.75 |
| **Paid** | 0.00 |
| **Balance Due** | 421.75 |

MAKE CHECK PAYABLE TO:
VERBATIM REPORTING, LIMITED

Invoices are due upon receipt.
Invoices not paid within 30 days
subject to interest at the rate
of 1.5 percent per month.

# V·E·R·B·A·T·I·M
### REPORTING, LIMITED

Miller, Canfield, Paddock & Stone
1200 Campau Square Plaza
99 Monroe Avenue, N.W.
Grand Rapids, MI 49503

ATTN: CHARLES S. MISHKIND, ATTORNEY

Leannah, et al. vs. Alliant Energy, et a

| | |
|---|---|
| **INVOICE NO. :** | 43568 |
| **INVOICE DATE:** | 12/03/2008 |
| **REPORTER:** | |
| Anne Jacobs | |
| **ID#** 13-4232114 | |

| Date | Description | Amount |
|------|-------------|--------|
| 11/21/2008 | ONE COPY OF EACH | |
| | OF THE FOLLOWING DEPOSITIONS: | |
| | | |
| | 1 - Deb Ramharter | 186.20 |
| | 2 - Marcia Whelan | 100.70 |
| | Shipping | 6.25 |
| | Exhibits | 57.40 |
| | e-transcript Conversions - N/C | |
| | Condensed Copies - N/C | |
| | | |
| | Thank you! | |

| | |
|---|---|
| **Sub Total** | 350.55 |
| **Paid** | 0.00 |
| **Balance Due** | 350.55 |

Invoices are due upon receipt.
Invoices not paid within 30 days
subject to interest at the rate
of 1.5 percent per month.

MAKE CHECK PAYABLE TO:
VERBATIM REPORTING, LIMITED

TWO EAST MIFFLIN STREET • SUITE 102
MADISON, WISCONSIN 53703
MADISON 608•255•7700  FAX: 608•255•7749
MILWAUKEE: 414•276•3886
email: verbatim@tds.net  www.verbatim-madison.com

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #994085**
when remitting payment.

February 10, 2009

For professional services rendered through
January 31, 2009 in connection with the following—

**Re:** **The Local 965 v Alliant Energy et al Litigation**
Client/Matter #133867/00001

---

FEES BILLED THIS INVOICE.............................................................. $ 45,379.00

COSTS BILLED THIS INVOICE...................................................... $ 5.80

TOTAL DUE ................................................................................. $ 45,384.80

**TOTAL DUE INCLUDING ACCOUNTS RECEIVABLE.........  $ 112,946.73**

**PAYMENT OPTIONS:**

**CHECK**    Payable To:  Miller, Canfield, Paddock and Stone
P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**    Comerica Bank  ABA#:
Swift Code:      (for international wires only)
Account #:

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #994085**
when remitting payment.

February 10, 2009

For professional services rendered through
January 31, 2009 in connection with the following—

Re:   **The Local 965 v Alliant Energy et al Litigation**
      Client/Matter #133867/00001

## FEES

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 01/02/09 | *Brian Schwartz*<br>Continue to draft Brief in Response to Plaintiffs' Motion for Summary Judgment. | 5.90 |
| 01/04/09 | *Brian Schwartz*<br>Continue to draft Response to Plaintiffs' Motion for Summary Judgment. | 5.40 |
| 01/05/09 | *Charles Mishkind*<br>Strategize regarding reply brief. | 0.40 |
| 01/05/09 | *Brian Schwartz*<br>Telephone call with Mr. Benson discussing summary judgment filings; continue to draft response to Plaintiffs' Motion for Summary Judgment; draft additional proposed findings of fact in response to Plaintiffs' Motion for Summary Judgment. | 7.80 |
| 01/05/09 | *Richard Warren*<br>Review and revise Response to Plaintiffs' Motion for Summary Judgment. | 1.80 |
| 01/06/09 | *Charles Mishkind*<br>Work on Mr. Schwartz's initial draft of reply brief to plaintiff's motion for summary judgment and related issues. | 6.40 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

February 10, 2009 **Invoice # 994085**

| Date | Timekeeper/Description | Hours |
|---|---|---|
| 01/06/09 | *Bruce Olson*<br>Work on FOIA Request for NLRB Unfair Labor Practice filed by Union in 2004 over medical benefits. Telephone conversation with NLRB office regarding same. | 1.70 |
| 01/06/09 | *Brian Schwartz*<br>Telephone call with Marcia Whelan regarding retiree vision dispute; telephone call with Loretta Alderson regarding unfair labor charge filed during 2003 negotiations; review and respond to e-mails regarding factual assertions made by Plaintiffs in their Summary Judgment Brief; continue to revise and edit response to Proposed Findings of Fact; multiple telephone calls with Mr. Mishkind discussing Response to Summary Judgment; review 2003 insurance-related unfair labor practice charge materials received from Ms. Alderson; research case law to challenge arguments made by Plaintiffs in their Summary Judgment Brief. | 7.20 |
| 01/07/09 | *Charles Mishkind*<br>Continue work on Mr. Schwartz's initial draft of reply brief to plaintiff's motion for summary judgment and related issues. | 7.10 |
| 01/07/09 | *Brian Schwartz*<br>Multiple telephone calls with Mr. Mishkind revising and editing Response to Plaintiffs' Motion for Summary Judgement; revise Response to Plaintiffs' Motion for Summary Judgment; continue to revise Response to Plaintiffs' Proposed Findings of Fact and Additional Proposed Findings of Fact; review Seventh Circuit case law to support arguments in Response Brief. | 9.90 |
| 01/08/09 | *Charles Mishkind*<br>Continue to work on reply brief to plaintiff's motion for summary judgment including response to proposed finding of facts. | 5.40 |
| 01/08/09 | *Bruce Olson*<br>Review documents from 1956 in database to determine if parties negotiated over retiree insurance benefits as alleged by Plaintiffs in Bartel's Affidavit | 6.50 |
| 01/08/09 | *Brian Schwartz*<br>Continue to revise Response Brief; continue to revise Additional Plaintiffs' Proposed Findings of Fact. | 4.30 |
| 01/08/09 | *Richard Warren*<br>Review and revise Proposed Findings of Fact. | 0.60 |

February 10, 2009                                        **Invoice # 994085**

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 01/09/09 | *Charles Mishkind*<br>Continue to work on company's reply to plaintiff's motion for summary judgment and proposed finding of facts. | 5.90 |
| 01/09/09 | *Bruce Olson*<br>Review documents from 1956, 1955 and 1954 in database to determine if parties negotiated over retiree insurance benefits as alleged by Plaintiffs in Bartel's Affidavit | 3.20 |
| 01/09/09 | *Brian Schwartz*<br>Draft Second Richard Warren Declaration; identify exhibits for use in documents to use as exhibits in support of Brief in Response to Plaintiffs' Motion for Summary Judgment. | 1.20 |
| 01/10/09 | *Charles Mishkind*<br>Continue to work on brief opposing plaintiff's summary judgment including response, review and revise finding of facts. | 4.80 |
| 01/11/09 | *Charles Mishkind*<br>Review and revise brief opposing plaintiff's summary judgment; review and revise company's numerous finding of facts. | 6.20 |
| 01/11/09 | *Brian Schwartz*<br>Telephone call with Mr. Mishkind revising and editing Response to Plaintiffs' Proposed Findings of Fact and Response to Plaintiffs' Motion for Summary Judgment; continue to revise Response to Plaintiffs' Proposed Findings of Fact and Response to Plaintiffs' Motion for Summary Judgment. | 5.20 |
| 01/12/09 | *Charles Mishkind*<br>Continue to work on brief and reply to plaintiff's summary judgment and proposed finding of facts (company's and plaintiff's). | 3.90 |
| 01/12/09 | *Bruce Olson*<br>Telephone conversation with NLRB regarding status of FOIA request and discuss location of file | 0.10 |
| 01/12/09 | *Bruce Olson*<br>Review documents from 1954 in database to determine if parties negotiated over retiree insurance benefits | 2.10 |
| 01/12/09 | *Brian Schwartz*<br>Lengthy telephone call with Mr. Mishkind revising additional proposed findings of fact; continue to edit Brief in Response to Plaintiffs' Motion for Summary Judgment, Response to Plaintiffs' Proposed Findings of Fact and Additional Proposed Findings of Fact; draft declaration attaching exhibits to support Response Brief. | 10.20 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

February 10, 2009                                    **Invoice # 994085**

| Date | Timekeeper/Description | Hours |
|---|---|---|
| 01/13/09 | *Charles Mishkind*<br>Work on finalizing brief in support of opposing plaintiff's motion for summary judgment and finding of facts (company/plaintiff). | 2.90 |
| 01/13/09 | *Bruce Olson*<br>Work on Reply Brief, review cases for contract language stating it cancels prior agreement and its affect on vesting benefits. | 2.20 |
| 01/13/09 | *Brian Schwartz*<br>Edit and finalize Brief in Response to Plaintiffs' Motion for Summary Judgment, Response to Plaintiffs' Proposed Findings of Fact and Defendants' Additional Proposed Findings of Fact; telephone call with Paul Benson regarding Response Brief and filing requirements; research case law regarding effect of the Union's failure to negotiate changes to reservation of rights over the years in a non-negotiated document that may be incorporated by reference into the collective bargaining agreement. | 7.20 |
| 01/13/09 | *Richard Warren*<br>Review section of Response to Plaintiffs' Motion for Summary Judgment. | 0.60 |
| 01/14/09 | *Charles Mishkind*<br>Work on reply brief responding to plaintiff's brief opposing Company's motion for summary judgment and related findings of fact responding to plaintiff's response to Company's findings of fact and new findings of fact. | 4.90 |
| 01/14/09 | *Richard Warren*<br>Review Plaintiffs' Brief in Response to Alliant's Motion for Summary Judgment. | 0.30 |
| 01/15/09 | *Charles Mishkind*<br>Review plaintiff's brief opposing summary judgment and response to company's finding of facts and plaintiff's latest finding of facts; discuss with Mr. Schwartz regarding responses. | 3.60 |
| 01/15/09 | *Brian Schwartz*<br>Review Plaintiffs' Proposed Findings of Fact, Brief in Response to Defendants' Motion for Summary Judgment and various exhibits and analyze issues to address in Reply Brief; begin drafting response to Plaintiffs' proposed findings of fact. | 3.50 |
| 01/15/09 | *Richard Warren*<br>Review and Analysis of Plaintiffs' Response to Motion for Summary Judgment. | 1.20 |

February 10, 2009                                                    **Invoice # 994085**

| Date | Timekeeper/Description | Hours |
|---|---|---|
| 01/16/09 | *Charles Mishkind*<br>Work on reply brief responding to plaintiff's brief opposing Company's motion for summary judgment and related findings of fact responding to plaintiff's response to Company's findings of fact and new findings of fact. | 4.70 |
| 01/16/09 | *Bruce Olson*<br>Review bargaining notes referenced in Plaintiff's Responsive Brief regarding alleged comment by Company suggesting that early retirees could be separated out for increased health care payment. | 5.40 |
| 01/16/09 | *Brian Schwartz*<br>Work on draft of Reply Brief in support of Motion for Summary Judgment. | 4.30 |
| 01/18/09 | *Brian Schwartz*<br>Continue to draft Reply Brief in support of Motion for Summary Judgment. | 0.60 |
| 01/19/09 | *Charles Mishkind*<br>Work on reply brief responding to plaintiff's brief opposing Company's motion for summary judgment and related findings of fact responding to plaintiff's response to Company's findings of fact and new findings of fact. | 3.20 |
| 01/19/09 | *Brian Schwartz*<br>Telephone call with Mark Thompson discussing allegations from Plaintiffs regarding 2003 negotiations; continue to draft Reply Brief in Support of Motion for Summary Judgment; continue to draft Response to Plaintiffs' Proposed Additional Findings of Fact. | 5.70 |
| 01/20/09 | *Charles Mishkind*<br>Continue to work on reply brief responding to plaintiff's brief opposing Company's motion for summary judgment and related findings of fact responding to plaintiff's response to Company's findings of fact and new findings of fact. | 5.20 |
| 01/20/09 | *Brian Schwartz*<br>Telephone call with Paul Benson discussing Plaintiffs' Response Brief and arguments in Reply Brief; continue to draft Reply Brief in Support of Motion for Summary Judgment; draft Response to Plaintiffs' Additional Proposed Findings of Fact. | 6.10 |
| 01/20/09 | *Richard Warren*<br>Revise Reply in Support of Motion for Summary Judgment. | 1.20 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

February 10, 2009                                                                    **Invoice # 994085**

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 01/21/09 | *Charles Mishkind*<br>Continue to work on reply brief responding to plaintiff's brief opposing Company's motion for summary judgment and related findings of fact responding to plaintiff's response to Company's findings of fact and new findings of fact. | 6.10 |
| 01/21/09 | *Brian Schwartz*<br>Continue to revise Reply Brief in support of Motion for Summary Judgment; continue to draft Response to Additional Proposed Findings of Fact; draft Reply in Support of Defendants' Proposed Findings of Fact. | 6.00 |
| 01/21/09 | *Richard Warren*<br>Review and analyze Alliant summary of 2003 negotiations to determine whether it is advantageous for the company to attach the summary in response to Plaintiffs' Motion for Summary Judgment. | 0.20 |
| 01/22/09 | *Charles Mishkind*<br>Work on reply brief responding to plaintiff's brief opposing Company's motion for summary judgment and related findings of fact responding to plaintiff's response to Company's findings of fact and new findings of fact. | 4.80 |
| 01/22/09 | *Brian Schwartz*<br>Revise Response to Plaintiffs' Additional Proposed Findings of Fact and continue drafting Reply in support of Defendants' Proposed Findings of Fact; continue to revise Reply Brief in Support of Motion for Summary Judgment; multiple telephone calls with Mr. Mishkind revising and editing Reply Brief; telephone call with Mark Thompson regarding factual assertions made in Reply Brief. | 5.60 |
| 01/22/09 | *Richard Warren*<br>Analyze 2003 bargaining notes to determine whether they should be produced as exhibits to Reply in Support of Motion for Summary Judgment; revise Defendants' Proposed Findings of Fact in Support of Reply Brief. | 1.60 |
| 01/23/09 | *Charles Mishkind*<br>Work on reply brief responding to plaintiff's brief opposing Company's motion for summary judgment and related findings of fact responding to plaintiff's response to Company's findings of fact and new findings of fact. | 5.70 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

February 10, 2009                                                          **Invoice # 994085**

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 01/23/09 | *Brian Schwartz*<br>Telephone call with Mark Thompson regarding status of litigation and Reply Brief; multiple telephone calls with Mr. Mishkind revising and editing Response to Plaintiffs' Additional Proposed Findings of Fact and Reply in support of Defendants' Proposed Findings of Fact; revise summary chart exhibit detailing class members and whether they retired while a reservation of rights clause was in effect; continue to revise and edit Response to Plaintiffs' Additional Proposed Findings of Fact and Reply in support of Defendants' Proposed Findings of Fact; draft Third Warren Declaration attaching exhibit. | 4.30 |
| 01/25/09 | *Brian Schwartz*<br>Edit Reply Brief in Support of Motion for Summary Judgment, Response to Plaintiffs' Additional Proposed Findings of Fact and Reply in support of Defendants' Proposed Findings of Fact. | 2.50 |
| 01/26/09 | *Charles Mishkind*<br>Strategize regarding final contents of reply brief and summary judgment. | 0.30 |
| 01/26/09 | *Brian Schwartz*<br>Telephone call with Paul Benson discussing reply brief in support of motion for summary judgment; edit and finalize Reply Brief in support of Motion for Summary Judgment, Response to Plaintiffs' Additional Proposed Findings of Fact, and Reply in support of Defendants' Proposed Findings of Fact. | 3.60 |
| 01/28/09 | *Charles Mishkind*<br>Read and evaluate recent Sixth Circuit opinion in Winnett v Caterpillar retiree benefit decision. | 0.50 |
| 01/30/09 | *Charles Mishkind*<br>Multiple internal calls and with Ms. Neyens and Michael Best counsel regarding issue of interim status report. | 0.30 |
| 01/30/09 | *Brian Schwartz*<br>Multiple telephone calls with Michael Best attorneys, Deb Neyens and Sandy Mishkind regarding interim status report; review Plaintiffs' replies in support of their proposed findings of fact. | 1.10 |

**FEES DUE THIS MATTER** ................................................. **$ 45,379.00**

February 10, 2009                                              **Invoice # 994085**

## MATTER TIMEKEEPER SUMMARY

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| Mishkind, Charles S. | | 82.30 | 245.00 | 20,163.50 |
| Olson, Bruce D. | | 21.20 | 185.00 | 3,922.00 |
| Schwartz, Brian M. | | 107.60 | 185.00 | 19,906.00 |
| Warren, Richard W. | | 7.50 | 185.00 | 1,387.50 |
| | Totals | 218.60 Hrs. | | $45,379.00 |

## COSTS

Copying                                                                          5.80

**COSTS DUE THIS MATTER**.............................................          **$ 5.80**

**TOTAL DUE THIS MATTER**...........................................          **$ 45,384.80**

### Unpaid as of February 10, 2009

| Date | Invoice # | Balance |
|---|---|---|
| 10/08/08 | 975664 | $ 8,546.00 |
| 01/15/09 | 990129 | $ 59,015.93 |

**TOTAL UNPAID FOR THIS MATTER** .........................          **$ 67,561.93**

**TOTAL NOW DUE THIS MATTER**...............................          **$ 112,946.73**

**TOTAL DUE FOR INVOICE #994085**
**INCLUDING PREVIOUS BALANCE** ...............................          **$ 112,946.73**

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #998294**
when remitting payment.

March 4, 2009

For professional services rendered through
February 28, 2009 in connection with the following—

**Re:**  **The Local 965 v Alliant Energy et al Litigation**
Client/Matter #133867/00001

| | |
|---|---|
| FEES BILLED THIS INVOICE............................................................ | $ 8,113.00 |
| COSTS BILLED THIS INVOICE......................................................... | $ 0.00 |
| TOTAL DUE ................................................................................... | $ 8,113.00 |

**TOTAL DUE INCLUDING ACCOUNTS RECEIVABLE......... $ 121,059.73**

### PAYMENT OPTIONS:

**CHECK**  Payable To:  Miller, Canfield, Paddock and Stone
P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**  Comerica Bank  ABA#:
Swift Code:  (for international wires only)
Account #:

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No.

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #998294**
when remitting payment.

March 4, 2009

For professional services rendered through
February 28, 2009 in connection with the following—

**Re:** **The Local 965 v Alliant Energy et al Litigation**
Client/Matter #133867/00001

## FEES

| Date | Timekeeper/Description | Hours |
|------|-----------------------|-------|
| 02/03/09 | *Charles Mishkind*<br>Outline issues in preparation for trial. | 0.90 |
| 02/06/09 | *Bruce Olson* | 0.60 |
| 02/09/09 | *Brian Schwartz*<br>Review Plaintiffs' Reply Brief in support of their Motion for Summary Judgment; draft e-mail to Paul Benson regarding Judge Stadtmueller's trial procedures. | 0.60 |
| 02/10/09 | *Charles Mishkind* | 0.70 |
| 02/10/09 | *Charles Mishkind*<br>Review latest retiree insurance benefits decisions. | 1.20 |
| 02/10/09 | *Brian Schwartz* | 0.30 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

March 4, 2009                                              **Invoice # 998294**

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 02/11/09 | *Charles Mishkind* | 0.20 |
| 02/12/09 | *Bruce Olson*<br>Telephone conversation with NLRB regarding our FOIA request and need for proposals exchanged between the parties. Office conference with Mr. Mishkind regarding same to resolve issue. | 0.30 |
| 02/12/09 | *Brian Schwartz*<br>Review and respond to e-mails regarding Judge Stadtmueller's trial practices. | 0.30 |
| 02/13/09 | *Charles Mishkind*<br>Strategize regarding pretrial preparations. | 0.40 |
| 02/13/09 | *Charles Mishkind*<br>Review plaintiffs' response to company's reply to plaintiffs latest proposed findings of fact and continue to work on pretrial strategy including motions in limine. | 1.30 |
| 02/13/09 | *Brian Schwartz*<br>Review recent retiree health benefit case regarding effect of reservation of rights provisions; develop list of pre-trial trial tasks to complete and compile prior as part of pre-trial filings, including possible in limine motions, jury instructions and voir dire; begin to review Plaintiffs' Reply in support of their Additional Proposed Findings of Fact. | 1.70 |
| 02/15/09 | *Brian Schwartz*<br>Continue to Review Plaintiffs' Reply in support of their additional proposed findings of fact; review Freedom of Information Act response from the NLRB regarding unfair labor practice charge following the Company's implementation of the medical plan. | 0.50 |
| 02/16/09 | *Charles Mishkind*<br>Telephone call with Mr. Schwartz regarding pretrial issues. | 0.20 |
| 02/16/09 | *Brian Schwartz*<br>Telephone call with Paul Benson regarding upcoming trial, status of motions and pre-trial procedures; continue to review NLRB documents received through Freedom of Information Act request; telephone call with Mr. Mishkind discussing possible in limine motions and trial strategy. | 1.40 |
| 02/17/09 | *Charles Mishkind* | 4.10 |

March 4, 2009                                                    **Invoice # 998294**

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 02/17/09 | *Brian Schwartz*<br>Compile jury instructions and in limine motions in advance of possible trial; multiple telephone calls with Paul Benson and Sandy Mishkind regarding status of pending motions. | 0.90 |
| 02/18/09 | *Charles Mishkind*<br>Work on pretrial preparation. | 4.20 |
| 02/19/09 | *Charles Mishkind*<br>Work on pretrial preparation. | 5.40 |
| 02/20/09 | *Charles Mishkind*<br>Multiple telephone calls regarding conference with court. | 0.40 |
| 02/20/09 | *Charles Mishkind*<br>Continue pretrial preparation. | 3.80 |
| 02/20/09 | *Brian Schwartz*<br>Telephone call with Paul Benson, Plaintiffs' counsel and Judge Stadtmueller's clerk regarding status of summary judgment opinion; multiple telephone calls with Mr. Mishkind regarding conference call with the court. | 0.50 |
| 02/23/09 | *Charles Mishkind* | 0.20 |
| 02/23/09 | *Brian Schwartz*<br>Telephone call with Mr. Mishkind and Ms. Neyens regarding status of pending summary judgment motions. | 0.10 |
| 02/26/09 | *Charles Mishkind*<br>Review court opinion; discuss same internally and with Ms. Neyens. | 1.70 |
| 02/26/09 | *Brian Schwartz*<br>Review opinion and order granting the Company's motion for summary judgment and denying Plaintiffs' motion for summary judgment; multiple telephone calls with Sandy Mishkind discussing opinion dismissing the case; telephone call with Deb Neyens and Sandy Mishkind regarding dismissal of case; review local, federal rules and ERISA provisions regarding applications for attorneys' fees and costs. | 1.50 |
| 02/26/09 | *Richard Warren*<br>Receipt and Analysis of Order Granting Defendants' Motion for Summary Judgment. | 0.90 |
| 02/27/09 | *Brian Schwartz*<br>Research case law to support motion for costs and attorneys fees. | 1.30 |

## MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

March 4, 2009

**Invoice # 998294**

### FEES DUE THIS MATTER ................................................ $ 8,113.00

### MATTER TIMEKEEPER SUMMARY

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| Mishkind, Charles S. | | 24.70 | 245.00 | 6,051.50 |
| Olson, Bruce D. | | 0.90 | 185.00 | 166.50 |
| Schwartz, Brian M. | | 9.10 | 185.00 | 1,683.50 |
| Warren, Richard W. | | 0.90 | 235.00 | 211.50 |
| | Totals | 35.60 Hrs. | | $8,113.00 |

### COSTS DUE THIS MATTER ............................................ $ 0.00

### TOTAL DUE THIS MATTER ............................................ $ 8,113.00

### Unpaid as of March 4, 2009

| Date | Invoice # | Balance |
|---|---|---|
| 10/08/08 | 975664 | $ 8,546.00 |
| 01/15/09 | 990129 | $ 59,015.93 |
| 02/10/09 | 994085 | $ 45,384.80 |

### TOTAL UNPAID FOR THIS MATTER ......................... $ 112,946.73

### TOTAL NOW DUE THIS MATTER ............................... $ 121,059.73

### TOTAL DUE FOR INVOICE #998294
### INCLUDING PREVIOUS BALANCE .............................. $ 121,059.73