**MICHAEL BEST**
& FRIEDRICH LLP

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Alliant Energy Corp.
d/b/a Wisconsin Power and Light Company
Attn: Theresa M. Hottenroth, Esq.
4902 North Biltmore Lane
P.O. Box 70007
Madison, WI 53707-1007

Client: 013974

April 10, 2007
Invoice No. 958989

**EIN**

Due Upon Presentation
Return Upper Portion with Payment

Invoice No. 958989
For Professional services rendered through March 31, 2007, as follows:

| Matter: | 013974-0005 | ERISA | | |
|---|---|---|---|---|
| 3/6/07 | | | 1.40 | $560.00 |
| 3/6/07 | | | 1.30 | $455.00 |
| 3/6/07 | | | 0.80 | $280.00 |
| 3/7/07 | | | 1.10 | $385.00 |
| 3/7/07 | | | 0.80 | $280.00 |
| 3/8/07 | | | 1.50 | $525.00 |
| 3/8/07 | | | 1.30 | $520.00 |

# MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Client: 013974

April 10, 2007
Invoice No. 958989

**Matter:**     **013974-0005**     **ERISA**

| | | |
|---|---:|---:|
| 3/29/07 | 0.20 | $70.00 |
| 3/30/07 | 2.10 | $514.50 |
| 3/30/07 | 0.10 | $40.00 |
| 3/30/07 | 0.30 | $105.00 |
| 3/30/07 | 2.10 | $388.50 |

| | | |
|---|---:|---:|
| Total Hours | 56.10 | |
| Total Services | | $17,882.50 |

Disbursements:

| | | |
|---|---|---:|
| 03/13/2007 | Outside Copies - Ivize, LLC | 277.05 |
| 03/19/2007 | | 18.50 |
| 03/21/2007 | Westlaw - Legal Research | 99.36 |
| 03/27/2007 | Westlaw - Legal Research | 11.02 |
| 03/30/2007 | Lexis - Legal Research | 21.30 |

Disbursements Total     $427.23

**Total This Matter**     **$18,309.73**

# MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Alliant Energy Corp.
d/b/a Wisconsin Power and Light Company
Attn: Theresa M. Hottenroth, Esq.
4902 North Biltmore Lane
P.O. Box 70007
Madison, WI 53707-1007

Client: 013974

May 30, 2007
Invoice No. 965905

EIN

Due Upon Presentation
Return Upper Portion with Payment

Invoice No. 965905
For Professional services rendered through April 30, 2007, as follows:

**Matter:**     **013974-0005**     **ERISA**

| Date | Hours | Amount |
|---|---|---|
| 4/2/07 | 2.00 | $490.00 |
| 4/3/07 | 1.20 | $420.00 |
| 4/9/07 | 1.20 | $420.00 |
| 4/10/07 | 1.50 | $525.00 |
| 4/10/07 | 1.20 | $294.00 |
| 4/11/07 | 5.50 | $1,347.50 |
| 4/12/07 | 1.00 | $350.00 |



One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Client: 013974

Page 4

May 30, 2007
Invoice No. 965905

**Matter:** **013974-0005** **ERISA**

| | | |
|---|---|---|
| | Photocopying | 1.20 |
| 04/02/2007 | Lexis - Legal Research | 74.40 |
| 04/25/2007 | Federal Express Delivery | 11.50 |
| 04/25/2007 | Federal Express Delivery | 11.50 |

| | |
|---|---|
| Disbursements Total | $98.60 |

| | |
|---|---|
| **Total This Matter** | **$9,515.60** |
| Balance from previous statement | $18,309.73 |
| Payments received | (18,309.73) |
| Current Balance | $9,515.60 |

# MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Alliant Energy Corp.
Attn: Deb Neyens
200 First Street SE
PO Box 351
Cedar Rapids, IA 52406-0351

Client: 013974

June 29, 2007
Invoice No. 970581

EIN

Due Upon Presentation
Return Upper Portion with Payment

Invoice No. 970581
For Professional services rendered through May 31, 2007, as follows:

**Matter:** **013974-0005** **ERISA**

| Date | Hours | Amount |
|---|---|---|
| 5/2/07 | 1.10 | $269.50 |
| 5/4/07 | 0.40 | $140.00 |
| 5/7/07 | 0.30 | $105.00 |
| 5/10/07 | 3.80 | $931.00 |
| 5/11/07 | 3.20 | $784.00 |
| 5/14/07 | 0.80 | $280.00 |
| 5/14/07 | 0.40 | $160.00 |
| 5/14/07 | 6.60 | $1,617.00 |
| 5/15/07 | 0.50 | $200.00 |
| 5/15/07 | 2.50 | $612.50 |

**MICHAEL BEST**

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Client:  013974

June 29, 2007
Invoice No. 970581

**Matter:**      **013974-0005**      **ERISA**

| 5/31/07 | | 0.60 | $240.00 |
|---|---|---|---|

| | Total Hours | 77.30 | |
|---|---|---|---|
| | Total Services | | $22,770.00 |

Disbursements:

| 05/14/2007 | Westlaw - Legal Research | 143.53 |
|---|---|---|
| 05/16/2007 | Westlaw - Legal Research | 97.15 |
| 05/18/2007 | Westlaw - Legal Research | 75.00 |
| 05/18/2007 | Westlaw - Legal Research | 207.28 |
| 05/18/2007 | Westlaw - Legal Research | 256.01 |

| Disbursements Total | $778.97 |
|---|---|

| **Total This Matter** | **$23,548.97** |
|---|---|

| Balance from previous statement | $9,515.60 |
|---|---|
| Payments received | (9,515.60) |
| Current Balance | $23,548.97 |

**MICHAEL BEST**

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Alliant Energy Corp.
Attn: Deb Neyens
200 First Street SE
PO Box 351
Cedar Rapids, IA 52406-0351

Client: 013974

July 19, 2007
Invoice No. 973118

EIN

Due Upon Presentation
Return Upper Portion with Payment

Invoice No. 973118
For Professional services rendered through June 30, 2007, as follows:

**Matter:**    **013974-0005**    **ERISA**

| Date | Hours | Amount |
|------|-------|--------|
| 6/1/07 | 0.20 | $70.00 |
| 6/11/07 | 0.60 | $147.00 |
| 6/11/07 | 0.20 | $70.00 |
| 6/12/07 | 0.20 | $70.00 |
| 6/12/07 | 0.40 | $98.00 |
| 6/13/07 | 0.60 | $210.00 |
| 6/14/07 | 0.30 | $105.00 |
| 6/14/07 | 0.40 | $160.00 |
| 6/15/07 | 0.70 | $245.00 |
| 6/15/07 | 2.50 | $612.50 |

# MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Client:  013974

July 19, 2007
Invoice No. 973118

**Matter:**    **013974-0005**    **ERISA**

| Date | Hours | Amount |
|---|---|---|
| 6/21/07 | 0.50 | $175.00 |
| 6/22/07 | 0.10 | $35.00 |
| 6/22/07 | 0.20 | $80.00 |
| 6/26/07 | 0.10 | $40.00 |
| 6/26/07 | 0.60 | $210.00 |
| 6/29/07 | 0.30 | $120.00 |
| 6/29/07 | 0.30 | $105.00 |

|  | | |
|---|---|---|
| Total Hours | 16.30 | |
| Total Services | | $5,217.00 |

Disbursements:

| | | |
|---|---|---|
| 06/15/2007 | Westlaw – Legal Research | 32.81 |

# MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Client: 013974

**Matter:**      **013974-0005**      **ERISA**

| | |
|---|---:|
| Disbursements Total | $32.81 |
| **Total This Matter** | **$5,249.81** |
| Balance from previous statement | $23,548.97 |
| Payments received | 0.00 |
| Current Balance | $28,798.78 |

## MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Alliant Energy Corp.
Attn: Deb Neyens
200 First Street SE
PO Box 351
Cedar Rapids, IA 52406-0351

Client: 013974

August 7, 2007
Invoice No. 975850

EIN

Due Upon Presentation
Return Upper Portion with Payment

Invoice No. 975850
For Professional services rendered through July 31, 2007, as follows:

**Matter:** **013974-0005** **ERISA**

| Date | Hours | Amount |
|---|---|---|
| 7/3/07 | 1.90 | $760.00 |
| 7/3/07 | 0.20 | $70.00 |
| 7/5/07 | 0.10 | $35.00 |
| 7/6/07 | 0.10 | $35.00 |
| 7/9/07 | 0.30 | $105.00 |
| 7/10/07 | 0.10 | $40.00 |
| 7/13/07 | 0.50 | $200.00 |
| 7/16/07 | 0.40 | $140.00 |
| 7/19/07 | 0.40 | $140.00 |
| 7/21/07 | 0.50 | $200.00 |
| 7/23/07 | 0.60 | $147.00 |

# MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Client: 013974

**Matter:** **013974-0005** **ERISA**

| | | |
|---|---|---|
| 7/23/07 | 0.40 | $140.00 |
| 7/24/07 | 0.20 | $70.00 |
| 7/24/07 | 0.10 | $40.00 |
| 7/25/07 | 1.00 | $245.00 |
| 7/29/07 | 0.10 | $40.00 |
| 7/30/07 | 0.20 | $70.00 |
| 7/31/07 | 0.20 | $70.00 |
| 7/31/07 | 0.20 | $80.00 |

| | | | |
|---|---|---|---|
| | Total Hours | 7.50 | |
| | Total Services | | $2,627.00 |

Disbursements:

| | | |
|---|---|---|
| 07/19/2007 | Professional Services - Kathy Malsom - Transcript of scheduling Conference dated 06-21-07 | 57.50 |

**MICHAEL BEST**

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Client: 013974

**Matter:** **013974-0005** **ERISA**

|  |  |
|---|---|
| Disbursements Total | $57.50 |
| **Total This Matter** | **$2,684.50** |
| Balance from previous statement | $28,798.78 |
| Payments received | (23,548.97) |
| Current Balance | $7,934.31 |

## MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Alliant Energy Corp.
Attn: Deb Neyens
200 First Street SE
PO Box 351
Cedar Rapids, IA 52406-0351

Client: 013974

September 21, 2007
Invoice No. 981787

EIN

Due Upon Presentation
Return Upper Portion with Payment

Invoice No. 981787
For Professional services rendered through August 31, 2007, as follows:

**Matter:**      **013974-0005**      **ERISA**

| Date | Hours | Amount |
|------|------|--------|
| 8/2/07 | 0.20 | $70.00 |
| 8/6/07 | 0.20 | $70.00 |
| 8/7/07 | 0.20 | $80.00 |
| 8/10/07 | 0.10 | $35.00 |
| 8/14/07 | 0.10 | $35.00 |
| 8/14/07 | 0.20 | $80.00 |
| 8/16/07 | 0.40 | $140.00 |
| 8/20/07 | 0.30 | $120.00 |
| 8/20/07 | 0.50 | $175.00 |
| 8/21/07 | 0.20 | $70.00 |

## MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Client: 013974

| Matter: | 013974-0005 | ERISA | | |
|---------|-------------|-------|------|---------|
| 8/30/07 | | | 0.30 | $105.00 |
| 8/31/07 | | | 0.10 | $35.00 |
| | Total Hours | | 2.80 | |
| | Total Services | | | $1,015.00 |

| **Total This Matter** | **$1,015.00** |
|-----------------------|---------------|
| Balance from previous statement | $7,934.31 |
| Payments received | (7,934.31) |
| Current Balance | $1,015.00 |

**MICHAEL BEST**

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Alliant Energy Corp.
Attn: Deb Neyens
200 First Street SE
PO Box 351
Cedar Rapids, IA 52406-0351

Client: 013974

October 31, 2007
Invoice No. 986939

EIN

Due Upon Presentation
Return Upper Portion with Payment

Invoice No. 986939
For Professional services rendered through September 30, 2007, as follows:

**Matter:** **013974-0005** **ERISA**

| Date | Hours | Amount |
|---------|------|----------|
| 9/4/07 | 0.40 | $140.00 |
| 9/5/07 | 0.20 | $70.00 |
| 9/6/07 | 1.10 | $385.00 |
| 9/6/07 | 0.10 | $40.00 |
| 9/12/07 | 0.20 | $70.00 |
| 9/13/07 | 0.60 | $210.00 |
| 9/13/07 | 0.40 | $160.00 |
| 9/18/07 | 0.20 | $70.00 |
| 9/18/07 | 0.10 | $40.00 |
| 9/19/07 | 0.20 | $70.00 |
| 9/21/07 | 0.50 | $175.00 |

**MICHAEL BEST**

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Client: 013974

Page 2

October 31, 2007
Invoice No. 986939

**Matter:**   **013974-0005**   **ERISA**

| | | | |
|---|---|---|---|
| 9/22/07 | | 0.60 | $240.00 |
| 9/24/07 | | 0.20 | $70.00 |
| 9/25/07 | | 0.10 | $35.00 |
| 9/26/07 | | 0.40 | $160.00 |

|  |  |  |
|---|---|---|
| Total Hours | 5.30 | |
| Total Services | | $1,935.00 |

Disbursements:

| | | |
|---|---|---|
| | Photocopying | 66.90 |
| 09/28/2007 | Federal Express Delivery | 15.97 |
| | Disbursements Total | $82.87 |

| | |
|---|---|
| **Total This Matter** | **$2,017.87** |
| Balance from previous statement | $1,015.00 |
| Payments received | (1,015.00) |
| Current Balance | $2,017.87 |

# MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Alliant Energy Corp.
Attn: Deb Neyens
200 First Street SE
PO Box 351
Cedar Rapids, IA 52406-0351

Client: 013974

November 7, 2007
Invoice No. 988125

EIN

Due Upon Presentation
Return Upper Portion with Payment

Invoice No. 988125
For Professional services rendered through October 31, 2007, as follows:

**Matter:** **013974-0005** **ERISA**

| Date | | |
|---|---|---|
| 10/1/07 | 2.50 | $612.50 |
| 10/1/07 | 5.00 | $1,750.00 |
| 10/2/07 | 0.40 | $140.00 |
| 10/2/07 | 0.10 | $40.00 |
| 10/3/07 | 0.20 | $70.00 |
| 10/3/07 | 0.10 | $40.00 |
| 10/4/07 | 0.10 | $40.00 |
| 10/4/07 | 0.50 | $122.50 |
| 10/5/07 | 0.10 | $40.00 |
| 10/5/07 | 0.30 | $105.00 |
| 10/8/07 | 0.30 | $105.00 |
| 10/9/07 | 0.10 | $35.00 |

# MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Client: 013974

November 7, 2007
Invoice No. 988125

**Matter:**   **013974-0005**   **ERISA**

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 10/30/07 | | | 0.20 | $80.00 |
| 10/30/07 | | | 0.50 | $122.50 |
| 10/31/07 | | | 0.30 | $105.00 |
| 10/31/07 | | | 0.10 | $40.00 |

|  | Total Hours | 14.90 | |
|---|---|---|---|
|  | Total Services | | $4,926.00 |

Disbursements:

| Date | Description | Amount |
|---|---|---|
|  | Computer Searches | 0.40 |
| 07/09/2007 | Computer Searches - Pacer | 0.08 |
| 07/09/2007 | Computer Searches - Pacer | 0.16 |
| 07/09/2007 | Computer Searches - Pacer | 0.08 |
| 10/10/2007 | Outside Copies - Foley & Lardner Copies of Pleadings in UFCW v. Jones Dairy Farm | 67.80 |

|  | Disbursements Total | $68.52 |
|---|---|---|

|  |  |
|---|---|
| **Total This Matter** | **$4,994.52** |
| Balance from previous statement | $2,017.87 |
| Payments received | 0.00 |
| Current Balance | $7,012.39 |

# MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Alliant Energy Corp.
Attn: Deb Neyens
200 First Street SE
PO Box 351
Cedar Rapids, IA 52406-0351

Client: 013974

December 27, 2007
Invoice No. 995609

EIN

Due Upon Presentation
Return Upper Portion with Payment

Invoice No. 995609
For Professional services rendered through November 30, 2007, as follows:

**Matter:** **013974-0005** **ERISA**

| Date | Hours | Amount |
|---|---|---|
| 11/2/07 | 0.10 | $40.00 |
| 11/5/07 | 1.50 | $367.50 |
| 11/5/07 | 0.10 | $35.00 |
| 11/7/07 | 0.20 | $70.00 |
| 11/14/07 | 0.10 | $35.00 |
| 11/14/07 | 0.10 | $40.00 |
| 11/19/07 | 0.10 | $35.00 |
| 11/20/07 | 0.10 | $35.00 |
| 11/30/07 | 0.10 | $35.00 |
| 11/30/07 | 0.30 | $120.00 |

|  | | |
|---|---|---|
| Total Hours | 2.70 | |
| Total Services | | $812.50 |

# MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Client: 013974

December 27, 2007
Invoice No. 995609

**Matter:** **013974-0005** **ERISA**

| | |
|---|---:|
| **Total This Matter** | **$812.50** |
| Balance from previous statement | $7,012.39 |
| Payments received | (7,012.39) |
| Current Balance | $812.50 |

**MICHAEL BEST**

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Alliant Energy Corp.
Attn: Deb Neyens
200 First Street SE
PO Box 351
Cedar Rapids, IA 52406-0351

Client: 013974

January 16, 2008
Invoice No. 997837

EIN

Due Upon Presentation
Return Upper Portion with Payment

Invoice No. 997837
For Professional services rendered through December 31, 2007, as follows:

| Matter: | 013974-0005 | ERISA | | |
|---|---|---|---|---|
| 12/2/07 | | | 0.10 | $35.00 |
| 12/4/07 | | | 0.20 | $70.00 |
| 12/4/07 | | | 0.10 | $40.00 |
| 12/13/07 | | | 0.20 | $70.00 |
| 12/13/07 | | | 0.10 | $40.00 |
| 12/18/07 | | | 0.20 | $80.00 |
| 12/18/07 | | | 0.20 | $70.00 |
| | Total Hours | | 1.10 | |
| | Total Services | | | $405.00 |

# MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Client: 013974

**Matter:**    **013974-0005**    **ERISA**

| | |
|---|---|
| **Total This Matter** | **$405.00** |
| Balance from previous statement | $812.50 |
| Payments received | 0.00 |
| Current Balance | $1,217.50 |

## MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Alliant Energy Corp.
Attn: Deb Neyens
200 First Street SE
PO Box 351
Cedar Rapids, IA 52406-0351

Client: 013974

February 22, 2008
Invoice No.

**EIN 39-0934985**

Due Upon Presentation
Return Upper Portion with Payment

Invoice No. 1002453
For Professional services rendered through January 31, 2008, as follows:

**Matter:**     **013974-0005**     **ERISA**

     Each year, Michael Best & Friedrich LLP ("Michael Best") assesses the level of its attorney rates based upon, among other factors, the experience, reputation, and ability of the lawyers performing the services, the rate customarily charged for similar legal services and the skills requisite to perform the legal service properly. Based on the factors Michael Best considers in assessing rates, Michael Best has determined the following rate increases:

| Timekeeper | Billed Per Hour |
| --- | --- |
| P Benson | $440.00 |
| C Stevens | $375.00 |
| J Olson | $275.00 |

| Date | Hours | Amount |
| --- | --- | --- |
| 1/23/08 | 0.60 | $225.00 |
| 1/24/08 | 0.80 | $300.00 |
| 1/24/08 | 5.30 | $1,457.50 |
| 1/25/08 | 3.70 | $1,628.00 |

# MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Client: 013974

**Matter:**   **013974-0005**   **ERISA**

1/29/08                                           1.20        $330.00

|  |  |  |
|---|---|---|
| Total Hours | 23.40 |  |
| Total Services |  | $8,215.00 |

| **Total This Matter** |  | **$8,215.00** |
|---|---|---|
| Balance from previous statement |  | $1,217.50 |
| Payments received |  | (1,217.50) |
| Current Balance |  | $8,215.00 |

# MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Alliant Energy Corp.
Attn: Deb Neyens
200 First Street SE
PO Box 351
Cedar Rapids, IA 52406-0351

Client: 013974

March 31, 2008
Invoice No. 1007989

**EIN**

Due Upon Presentation
Return Upper Portion with Payment

Invoice No. 1007989
For Professional services rendered through February 29, 2008, as follows:

**Matter:**       **013974-0005**       **ERISA**

| | | |
|---|---|---|
| 2/27/08 | 3.50 | $962.50 |
| 2/27/08 | 1.10 | $412.50 |
| 2/28/08 | 1.20 | $450.00 |
| 2/29/08 | 2.10 | $924.00 |
| 2/29/08 | 0.70 | $262.50 |
| Total Hours | 8.60 | |
| Total Services | | $3,011.50 |

# MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Client: 013974

March 31, 2008
Invoice No. 1007989

**Matter:** **013974-0005** **ERISA**

| | |
|---|---|
| **Total This Matter** | **$3,011.50** |
| Balance from previous statement | $8,215.00 |
| Payments received | 0.00 |
| Current Balance | $11,226.50 |

IN ACCOUNT WITH

## MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Alliant Energy Corp.
Attn: Deb Neyens
200 First Street SE
PO Box 351
Cedar Rapids, IA 52406-0351

Client: 013974

April 16, 2008
Invoice No. 1010454

EIN

Due Upon Presentation
Return Upper Portion with Payment

Invoice No. 1010454
For Professional services rendered through March 31, 2008, as follows:

**Matter:** **013974-0005** **ERISA**

| | | |
|---|---|---|
| 3/1/08 | 1.80 | $675.00 |
| 3/3/08 | 2.30 | $862.50 |
| 3/3/08 | 8.20 | $2,255.00 |
| 3/3/08 | 2.80 | $1,232.00 |

# MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Client: 013974

April 16, 2008
Invoice No. 1010454

**Matter:** **013974-0005** **ERISA**

| Date | Hours | Amount |
|---|---|---|
| 3/18/08 | 5.50 | $1,512.50 |
| 3/18/08 | 0.70 | $262.50 |
| 3/18/08 | 6.60 | $2,904.00 |
| 3/19/08 | 0.40 | $176.00 |
| 3/19/08 | 0.30 | $112.50 |
| 3/19/08 | 2.50 | $687.50 |

| | | |
|---|---|---|
| Total Hours | 56.20 | |
| Total Services | | $18,853.00 |

Disbursements:

| Date | Description | Amount |
|---|---|---|
| | Computer Searches | 1.28 |
| 03/04/2008 | Westlaw - Legal Research | 239.35 |

## MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Client: 013974

Page 4

April 16, 2008
Invoice No. 1010454

**Matter:**   **013974-0005**      **ERISA**

| | | |
|---|---|---:|
| 03/05/2008 | Westlaw - Legal Research | 4.88 |
| 03/05/2008 | Westlaw - Legal Research | 114.29 |
| 03/18/2008 | Westlaw - Legal Research | 9.77 |

|  |  |
|---|---:|
| Disbursements Total | $369.57 |
| **Total This Matter** | **$19,222.57** |
| Balance from previous statement | $11,226.50 |
| Payments received | 0.00 |
| Current Balance | $30,449.07 |

## MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Alliant Energy Corp.
Attn: Deb Neyens
200 First Street SE
PO Box 351
Cedar Rapids, IA 52406-0351

Client: 013974

May 29, 2008
Invoice No. 1016449

EIN

Due Upon Presentation
Return Upper Portion with Payment

Invoice No. 1016449
For Professional services rendered through April 30, 2008, as follows:

**Matter:**      **013974-0005**      **ERISA**

| Date | Hours | Amount |
|------|-------|--------|
| 4/2/08 | 0.50 | $187.50 |
| 4/2/08 | 0.60 | $264.00 |
| 4/4/08 | 2.00 | $550.00 |
| 4/4/08 | 0.30 | $112.50 |
| 4/7/08 | 0.20 | $88.00 |
| 4/17/08 | 0.80 | $300.00 |
| 4/17/08 | 0.60 | $264.00 |
| 4/20/08 | 0.10 | $37.50 |
| 4/21/08 | 0.20 | $75.00 |
| **Total Hours** | 5.30 | |
| **Total Services** | | $1,878.50 |

# MICHAEL BEST

One South Pinckney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806
FAX 608.283.2275
Telephone 608.257.3501

Michaelbest.com

Client:  013974

Page 2

May 29, 2008
Invoice No. 1016449

**Matter:**       **013974-0005**       **ERISA**

| | |
|---|---|
| **Total This Matter** | **$1,878.50** |
| Balance from previous statement | $30,449.07 |
| Payments received | 0.00 |
| Current Balance | $32,327.57 |