# PROFESSIONAL REPORTERS
## LIMITED

Warren Dec. Exhibit 5

MADISON • 608-256-1313   800-279-3505   FAX • 608-256-1306
ONE EAST MAIN • MADISON, WISCONSIN 53703
email: depos@professionalreporters.com   www.professionalreporters.com
TAXPAYER I.D. # 39-1280134

TO: MILLER, CANFIELD, PADDOCK & STONE
Attorneys at Law
99 Monroe Avenue N.W.
Grand Rapids, Michigan 49503
Attention: MR. CHARLES S. MISHKIND

RE: ROBERT LEANNAH
- vs -
ALLIANT ENERGY CORPORATION

DATE: 11/21/08

Invoice No: 08L21382

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition taken on November 13 and 14, 2008:   EXPEDITED | |
| MICHAEL E. KOEHLER - Original & Courtesy Copy - 146 Pages | $1,022.00 |
| MICHAEL JAMES PYNE - Original & Courtesy Copy - 121 Pages | $847.00 |
| Attendance (November 13) | $95.00 |
| Attendance (November 14) | $95.00 |
| Exhibits - 140 Pages | $35.00 |
| Postage on your copies | $10.00 |
| Certified Postage (Originals will be sent after signatures are obtained) | $10.00 |
| Condensed Transcript and Word Index and ASCII (emailed to Mr. Schwartz) | |
| TOTAL | $2,114.00 |

HLD

*Thank You!*   PLEASE enclose one copy to insure proper credit.



# PROFESSIONAL REPORTERS
## LIMITED

MADISON • 608-256-1313     800-279-3505     FAX • 608-256-1306

ONE EAST MAIN • MADISON, WISCONSIN 53703

email: depos@professionalreporters.com     www.professionalreporters.com

TAXPAYER I.D. # 39-1280134

TO: MILLER, CANFIELD, PADDOCK & STONE
Attorneys at Law
99 Monroe Avenue N.W.
Grand Rapids, Michigan 49503
Attention: MR. CHARLES S. MISHKIND

RE: ROBERT LEANNAH
- vs -
ALLIANT ENERGY
CORPORATION

DATE: 11/24/08

Invoice No: 08L21396

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition taken on November 17, 2008:     EXPEDITED | |
| TONY BARTELS - Original & Courtesy Copy - 201 Pages | $1,407.00 |
| Attendance | $95.00 |
| Videotape Time and 2 DVDs | $275.00 |
| Exhibits - 108 Pages | $27.00 |
| Extra copy of Michael Koehler sent to him for reading & signing | $36.50 |
| Postage | $9.65 |
| Certified Postage (Original will be sent after signature is obtained) | $9.65 |
| Postage on Koehler deposition to him for reading & signing | $4.80 |
| Condensed Transcript and Word Index and ASCII emailed to Mr. Schwartz | |
| HLD                                                                        TOTAL | $1,864.60 |

*Thank You!*     PLEASE enclose one copy to insure proper credit.



# PROFESSIONAL REPORTERS
## LIMITED

MADISON • 608-256-1313   800-279-3505   FAX • 608-256-1306

ONE EAST MAIN • MADISON WISCONSIN 53703

email: depos@professionalreporters.com   www.professionalreporters.com

TAXPAYER I.D. # 39-1280134

TO: MILLER, CANFIELD, PADDOCK & STONE
Attorneys at Law
99 Monroe Avenue N.W.
Grand Rapids, Michigan 49503
Attention: MR. CHARLES S. MISHKIND

RE: ROBERT LEANNAH
- vs -
ALLIANT ENERGY CORPORATION

DATE: 11/25/08

Invoice No: 08L21401

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition taken on November 18, 2008:   EXPEDITED | |
| SHAWN REENTS - Original & Courtesy Copy - 79 Pages | $553.00 |
| Attendance | $75.00 |
| Videotape Time and 1 DVD | $175.00 |
| Exhibits - 45 Pages | $11.25 |
| Postage on your copy | $4.80 |
| Certified Postage (Original will be sent after signature is obtained) | $5.45 |
| Condensed Transcript and Word Index and E-transcript to Attorney Schwartz | |
| HLD                                              TOTAL | $824.50 |

*Thank You!*   PLEASE enclose one copy to insure proper credit.